Clarissa A. Kang, No. 210660
Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:  (415) 788-3111
Facsimile:  (415) 421-2017
E-mail:  ckang@truckerhuss.com
  drudolph@truckerhuss.com

Attorneys for
KAISER FOUNDATION HEALTH PLAN,
INC., incorrectly named and sued as KAISER
PERMANENTE RETIREMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C. JAVIER,<br><br>              Plaintiff,<br><br>     vs.<br><br>KAISER PERMANENTE RETIREMENT,<br><br>              Defendants. | Case No. 3:20-cv-00725-SK<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Kaiser Foundation Health Plan, Inc. and the Kaiser Permanente Salaried Retirement Plan Supplement to the Kaiser Permanente Retirement Plan.

DATED: February 4, 2020

TRUCKER ✦ HUSS, APC

By: /s/ *Clarissa A. Kang*
   Clarissa A. Kang
   Dylan D. Rudolph
   Attorneys for
   KAISER FOUNDATION HEALTH PLAN, INC.
   (incorrectly named and sued as KAISER PERMANENTE RETIREMENT)