Clarissa A. Kang, No. 210660
Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: ckang@truckerhuss.com
　　　　　drudolph@truckerhuss.com

Attorneys for
KAISER FOUNDATION HEALTH PLAN,
INC., incorrectly named and sued as KAISER
PERMANENTE RETIREMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIA C. JAVIER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KAISER PERMANENTE RETIREMENT,<br><br>　　　　　Defendant. | Case No. 3:20-cv-00725<br><br>**DECLARATION OF ERIKA HERNANDEZ RUIZ IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

DECLARATION OF ERIKA HERNANDEZ RUIZ IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT; Case No. 3:20-cv-00725
6701579

-1-

# DECLARATION OF ERIKA HERNANDEZ RUIZ

I, Erika Hernandez Ruiz, declare:

1. I am a Litigation Support Coordinator in the Legal Department of Kaiser Foundation Health Plan, Inc. ("KFHP"). I have worked in my current role as a Litigation Support Coordinator since 2019. I make this declaration in support of KFHP's Motion to Dismiss the Complaint filed by Plaintiff Lia C. Javier ("Plaintiff") in the above-captioned lawsuit.

2. Each of the facts stated herein is true, correct, and within my personal knowledge or, if stated on information and belief, is true and correct to the best of my information and belief. If called upon as a witness, I could and would testify as to the truth of these statements.

3. The KFHP legal department received a copy of Plaintiff's Complaint on January 3, 2020 after a process server left a copy of the Complaint in an envelope on a desk in the visitor's center of a Kaiser Permanente building in Oakland, California. At this time, I spoke with the process server and rejected service of Plaintiff's Compliant because it was not addressed to the proper entity. Plaintiff's Complaint named "Kaiser Permanente Retirement" as the defendant, and there is no such entity. The process server refused to accept the rejection and walked away leaving the document behind. This copy did not include a summons.

4. KFHP is not aware that Plaintiff served or mailed her summons or Complaint on or to: any president or other head of KFHP, a vice president, a secretary or assistant secretary, a treasurer or assistant treasurer, a general manager, any other officer, a managing or general agent, or any other person that KFHP designated as its agent for service.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed this 5th day of February 2020, in Oakland, California.

Erika Hernandez Ruiz