Clarissa A. Kang, No. 210660
Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:        ckang@truckerhuss.com
                   drudolph@truckerhuss.com

Attorneys for
KAISER FOUNDATION HEALTH PLAN,
INC., incorrectly named and sued as KAISER
PERMANENTE RETIREMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIA C. JAVIER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE RETIREMENT,<br><br>　　　　　Defendant. | Case No. 3:20-cv-00725<br><br>**DECLARATION OF MARYANN KHINDA-LOMBARDO IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

-1-

DECLARATION OF MARYANN KHINDA-LOMBARDO IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT; Case No. 3:20-cv-00725
6700650

# DECLARATION OF MARYANN KHINDA-LOMBARDO

I, Maryann Khinda-Lombardo, declare:

1. I am Director, Benefits Compliance at Kaiser Foundation Health Plan, Inc. ("KFHP"). I joined KFHP as a Benefits Compliance Manager. I have worked in my current role as Director, Benefits Compliance since 2019. I make this declaration in support of KFHP's Motion to Dismiss the Complaint filed by Plaintiff Lia C. Javier ("Plaintiff") in the above-captioned lawsuit.

2. Each of the facts stated herein is true, correct, and within my personal knowledge or, if stated on information and belief, is true and correct to the best of my information and belief. If called upon as a witness, I could and would testify as to the truth of these statements.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Kaiser Permanente Salaried Retirement Plan Supplement to the Kaiser Permanente Retirement Plan, effective December 31, 1991 (the "Plan"). The Plan is sponsored and administered by KFHP. Plaintiff is a participant in this particular component of the Kaiser Permanente Retirement Plan because of the employer group in which she was employed when she last worked for KFHP.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Kaiser Permanente Retirement Plan, restated effective September 1, 2015, of which the Plan is a component.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed this 7th day of February 2020, in Oakland, California.

_Maryann Khinda-Lombardo_

-2-

DECLARATION OF MARYANN KHINDA-LOMBARDO IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT; Case No. 3:20-cv-00725
6700650