# EXHIBIT 1

<u>**SUPPLEMENT 1-A**</u>

**TO KAISER PERMANENTE RETIREMENT PLAN**

**Kaiser Permanente Salaried Retirement Plan (2-KPSRP)**

**SECTION 1**

**GENERAL**

1.1    <u>History</u>.  This supplement is part of the Kaiser Permanente Retirement Plan.  The Kaiser Permanente Salaried Retirement Plan was merged into and became a part of the Kaiser Permanente Retirement Plan (formerly the Kaiser Permanente Salaried Retirement Plan) effective December 31, 1991.  Pursuant to the Member Substitution Agreement By, Between and Among Kaiser Foundation Health Plan, Inc., Kaiser Foundation Health Plan of Ohio and Catholic Health Partners dated May 22, 2013, Kaiser Foundation Health Plan of Ohio ceased to be a Controlled Group Company and became a member of an unrelated controlled group of companies effective as of October 1, 2013.  As a result of this transaction, Employees of Kaiser Foundation Health Plan of Ohio cease to be eligible to participate in the Plan effective as of 12:01 AM on October 1, 2013.  The Plan together with this Supplement and its Appendices comprise the Plan as it applies to Eligible Employees.

1.2    <u>Technical Structure</u>.  In the event of any conflict between the terms of the Plan document and the terms of this Supplement, the terms of this Supplement shall control unless specifically provided otherwise.

**SECTION 2**

**DEFINITIONS**

For purposes of this Supplement, the following terms have the meaning assigned to them below.  Any term capitalized but not defined herein shall have the meaning assigned to it in the Plan document.

2.1    <u>Accumulated Sick Leave</u>.  Accumulated Sick Leave means unused banked sick leave or unused extended sick leave as reflected on the Participating Company's payroll records.

2.2    <u>Eligible Employee</u>.  The Eligible Employee classifications under Plan Section 2.31 for this Supplement are:

(a)    A salaried Employee of a Participating Company, excluding an Employee of Camp Bowie Service Center.

(b)    A non-union hourly Employee of the Mid-Atlantic region.

1

(c)     Effective December 17, 1995, a Class 07 Employee of Kaiser Foundation Health Plan of the Northwest who was reclassified from a salaried status to a non-union, non-exempt Employee.

(d)     Effective July 1, 2001, a physical or occupational therapist of Kaiser Foundation Hospital in Northern California Region who was classified as a non-union, non-exempt Employee.

(e)     Effective January 1, 2004, an Employee of Kaiser Foundation Health Plan of the Northwest or Kaiser Foundation Hospitals in the Northwest Region who is categorized as Administrative Confidential I and who was classified as hourly Employees on January 1, 2004.

(f)     A non-union Employee of Kaiser Foundation Health Plan of Colorado.

(g)     An Employee in the Hawaii region of Kaiser Foundation Health Plan, Inc. (i) who is a non-union, exempt Employee, or (ii) who was reclassified as a non-union, non-exempt Employee pursuant to federal law and was participating in the Kaiser Permanente Salaried Retirement Plan as of the date of reclassification.

(h)     A non-union Employee of the National Business Units - Program Office and KPIT.

(i)     Before October 1, 2013, a non-union Employee of Kaiser Foundation Health Plan of Ohio, excluding non-union, non-exempt Emergency Department Registered Nurses.

(j)     Effective July 1, 2003, a Theater Performer of Northern California.

(k)     From August 1, 2013 through December 31, 2013, a Midwife Wound Ostomy registered nurse (KPMWON) represented by UNAC/UHCP.

(l)     Effective May 1, 2003, a non-union Employee of the Northern California Region of Kaiser Foundation Health Plan, Inc. excluding Followers of L250, Followers of CNA, and resident physicians.

(m)     A non-union Employee of the Southern California Region of Kaiser Foundation Health Plan, Inc., excluding lifestyle educators, physician assistants, PT's, OTs, RTs, Los Angeles hourly (research), students, trainees, and interns and fellows.

20827510v.2

**SECTION 3**

**SERVICE**

3.1     <u>Hours of Credited Service</u>.

(a)     <u>Absences</u>.  An Eligible Employee receives Hours of Credited Service for periods of disability absence as described in Plan Section 3.1(c)(i).

(b)     <u>Additional Imputed Service</u>. An Eligible Employee receives Hours of Credited Service for the following periods:

(i)     2,000 Hours of Credited Service for each school year completed at Kaiser Foundation School of Nursing, if, upon graduation, the Eligible Employee became immediately employed by a Medical Care Organization.  (The Kaiser Foundation School of Nursing graduated its last class in 1976.)

(ii)    Periods of disability absence as described in Plan Section 3.1(d)(ii)(A).

(iii)   Periods during which an Eligible Employee served Health Plan members as a partner physician. If the full-time work schedule for a partner physician is less than 40 hours per week, the hours credited to an Eligible Employee equals each hour worked by the Employee multiplied by a fraction, the numerator of which is 40 and the denominator of which is the number of hours in the full time work schedule.

(iv)    Hours earned while working for an organization listed in Appendix C if hired before January 1, 1982 by a Participating Company or a Medical Care Organization.

(v)     Hours earned while working for an organization listed in Appendix D if hired before January 1, 1968.

(vi)    For an Eligible Employee who transferred from Southern California National Facilities to Program Office in 2010, and had their Extended Time Off (ETO) hours paid out at the time of transfer, hours for such ETO hours upon a Termination of Employment.

(vii)   Hours earned while working for the following organizations:

(A)     Kaiser/Prudential Health Plan

(B)     North Central Connecticut Health Maintenance Organization, Inc.

(C)     Westchester Community Health Plan (Physicians only)

3

3.2    <u>Hours of Vesting Service</u>.

(a)    <u>Absences</u>. An Eligible Employee receives Hours of Vesting Service for periods of disability absence as described in Plan Section 3.2(c)(i).

(b)    <u>Imputed Service</u>.    Hours of Vesting Service will be imputed to an Eligible Employee for the following periods:

(i)    2,000 Hours of Vesting Service for each school year completed at Kaiser Foundation School of Nursing, if, upon graduation, the Eligible Employee became immediately employed by a Medical Care Organization.  (The Kaiser Foundation School of Nursing graduated its last class in 1976.)

(ii)    Periods of disability absence as described in Plan Section 3.2(d)(ii)(A).

(iii)    Periods during which an Eligible Employee served Health Plan members as a partner physician. If the full-time work schedule for a partner physician is less than 40 hours per week, the hours credited to an Eligible Employee equals each hour worked by the Employee multiplied by a fraction, the numerator of which is 40 and the denominator of which is the number of hours in the full time work schedule.

(iv)    Hours earned while working for an organization listed in Appendix C if hired before January 1, 1982 by a Participating Company or a Medical Care Organization.

(v)    Hours earned while working for an organization listed in Appendix D if hired before January 1, 1968.

(vi)    Hours earned while paid by an organization listed in Appendix E

(vii)    Hours earned while working for the following organizations:

(A)    Kansas City Health Care

(B)    Westchester Community Health Plan (Nonphysician employees only)

(C)    Amherst Medical Associates

(D)    Pioneer Family Physicians

(E)    Valley Health Plan

(F)    Kaiser/Prudential Health Plan

(G)    North Central Connecticut Health Maintenance Organization, Inc.

(H)    Westchester Community Health Plan (Physicians only)

4

(viii)    Hours earned while working for French Hospital and Health Plan Corporation, provided the Eligible Employee had 1,000 or more compensated hours of employment in a calendar year with that organization, employment with such organization terminated on July 31, 1989 and employment with a Participating Company commenced on August 1, 1989.

(ix)    Hours earned while working for St. Dominic's Hospital of Manteca, California, provided the Eligible Employee had 1,000 or more compensated hours of employment in a calendar year with that organization, employment with such organization terminated on October 31, 2004, and employment with a Participating Company commenced on November 1, 2004.

(x)    Hours earned while working for Buenaventura Medical Group, provided that employment with such organization terminated on December 31, 2006, and employment with a Participating Company commenced on or before June 30, 2007.

3.3    <u>Year of Credited Service</u>.

(a)    <u>On And After January 1, 1976</u>.  For calendar years beginning on or after January 1, 1976, an Eligible Employee is credited with a Year of Credited Service pursuant to Plan Section 3.4(a)(i) (2,000 Hour Rule), and a fractional Year of Credited Service pursuant to Plan Section 3.4(b)(i) (Proportional Credit for less than 2,000).

(b)    <u>Before January 1, 1976</u>. For calendar years beginning before January 1, 1976, an Eligible Employee is credited with a Year of Credited Service pursuant to Plan Section 3.4(a)(iv) (Time Equivalency Method), and a fractional Year of Credited Service pursuant to Plan Section 3.4(b)(vii) (Partial Year Time Equivalency Method).

(c)    <u>Year of Termination of Employment</u>.

(i)    <u>Employees of California Region, KPIT and Program Offices Employees</u>. An Eligible Employee who is an Employee of the California Region, KPIT or the Program Offices shall be credited with a Year (or Years) of Credited Service as described in subparagraph (A) or (B).

(A)    <u>Before July 1, 2001</u>.  If an Eligible Employee described in paragraph (i) incurs a Termination of Employment before July 1, 2001, is Vested and has at least 500 hours of Accumulated Sick Leave on the day before the Termination of Employment, he shall be credited with a Year (or Years) of Credited Service pursuant to subsections (a) or (b) calculated based on his hours of Accumulated Sick Leave remaining when he incurs a Termination of Employment.

(B)    <u>After July 1, 2001</u>.  If an Eligible Employee described in paragraph (i) incurs a Termination of Employment on or after July 1, 2001, is

5

Vested and has at least 250 hours of Accumulated Sick Leave on the day before the Termination of Employment, he shall be credited with a Year (or Years) of Credited Service pursuant to subsections (a) or (b) calculated based on his hours of Accumulated Sick Leave remaining when he incurs a Termination of Employment.

(ii) <u>Employees of the Northwest Region</u>.  If an Eligible Employee who is an Employee of the Northwest Region, incurs a Termination of Employment on or after July 1, 2001 and is Vested, he shall be credited with a Year (or Years) of Credited Service pursuant to subsections (a) or (b) calculated based on his hours of Accumulated Sick Leave remaining when he incurs a Termination of Employment.

(iii) <u>All Other Eligible Employees</u>.  Any Eligible Employee not described in paragraphs (i) or (ii) will not be credited with a Year (or Years) of Credited Service for hours of Accumulated Sick Leave.

3.4    <u>Years of Vesting Service</u>.

(a) <u>On And After January 1, 1976</u>.  For calendar years beginning on or after January 1, 1976, an Eligible Employee is credited with a Year of Vesting Service pursuant to Plan Section 3.6(a) and a fractional Year of Vesting Service pursuant to Plan Section 3.6(b)(ii) (No Partial Year).

(b) <u>Before January 1, 1976</u>.  For calendar years beginning before January 1, 1976, an Eligible Employee is credited with a Year of Vesting Service pursuant to Plan Section 3.6(a) and a fractional Year of Vesting Service pursuant to Plan Section 3.6(b)(iv) (Partial Year Time Equivalency Method).

3.5    <u>Special Vesting Rules</u>.

(a) If an Eligible Employee is a Participant employed by Kaiser Foundation Health Plan of Ohio as of September 30, 2013, and his Accrued Benefit under this Supplement has not been distributed, his Accrued Benefit under this Supplement becomes Vested as of October 1, 2013.

(b) If an Eligible Employee's position with Kaiser Foundation Health Plan of Ohio is eliminated and he is involuntarily terminated due to the transaction before October 1, 2013, and his Accrued Benefit under this Supplement has not been distributed, that Participant's Accrued Benefit under this Supplement will become Vested as of his termination date

## SECTION 4

## ELIGIBILITY AND PARTICIPATION

An Eligible Employee will become a Participant when he satisfies the requirements of Plan Section 4.1(b) (Hours Based Participation).

**SECTION 5**

**RETIREMENT INCOME FORMULA**

5.1 <u>General</u>. The Retirement Income Formula for an Eligible Employee is:

 (a) <u>Not Section 401(a)(17) Participant</u>: For an Eligible Employee who is not a Section 401(a)(17) Participant, the sum of the amounts determined under (i) and (ii) below:

  (i) The greater of (A) or (B):

   (A) One and five-tenths percent (1.5%) of Final Average Compensation multiplied by Years of Credited Service, or

   (B) $17.50 multiplied by Years of Credited Service.

  (ii) Twenty-five hundredths of one percent (0.25%) of Final Average Compensation multiplied by Years of Credited Service before January 1, 1968 with organizations or affiliates listed in Appendix D.

 (b) <u>Section 401(a)(17) Participant</u>. For an Eligible Employee who is a Section 401(a)(17) Participant, the greater of (i) or (ii):

  (i) The sum of (A) and (B):

   (A) The sum of (1) and (2)

    (1) The greater of (a) or (b)

     (a) One and five-tenths percent (1.5%) of Final Average Compensation as of December 31, 1993 multiplied by Years of Credited Service as of December 31, 1993, or

     (b) $17.50 multiplied by Years of Credited Service as of December 31, 1993.

    (2) Twenty-five hundredths of one percent (0.25%) of Final Average Compensation as of December 31, 1993 multiplied by Years of Credited Service before January 1, 1968 with organizations or affiliates listed in Appendix D

   (B) Greater of (1) or (2):

    (1) One and five-tenths percent (1.5%) of Final Average Compensation multiplied by Years of Credited Service after December 31, 1993, or

7

(2)    $17.50 multiplied by Years of Credited Service after December 31, 1993.

(ii)    The sum of (A) and (B):

(A)    The greater of:

(1)    One and five-tenths percent (1.5%) of Final Average Compensation multiplied by Years of Credited Service, or

(2)    $17.50 multiplied by Years of Credited Service.

(B)    Twenty-five hundredths of one percent (0.25%) of Final Average Compensation multiplied by Years of Credited Service before January 1, 1968 with organizations or affiliates listed in Appendix D.

5.2    <u>Historical Information</u>.  Historical Retirement Income Formulas are listed in Appendix A (Historical Formula Appendix) to this Supplement.

## SECTION 6

## ELIGIBILITY FOR RETIREMENT BENEFITS

6.1    <u>Early Retirement Benefit</u>.  An Eligible Employee who has a Termination of Employment before his Normal Retirement Date is eligible to receive an Early Retirement Benefit if he satisfies the requirements in Plan Section 6.2(a) (55 and 15), 6.2(d)  (75 Point Rule), or 6.2(e) (Grandfathered 55 and 10).

6.2    <u>In-Service Retirement Benefit</u>.  Effective August 1, 2011, the In-Service Retirement Benefit described in Plan Section 6.6 does apply to an Eligible Employee.  A Participant may elect an In-Service Retirement Benefit under this Supplement only once.

## SECTION 7

## AMOUNT OF RETIREMENT BENEFITS

7.1    <u>Early Retirement Benefit</u>. If an Eligible Employee elects to begin receiving his Early Retirement Benefit before his Normal Retirement Date, his Early Retirement Benefit equals the amount determined under Plan Section 7.3(a)(iv) (3%, 5%).

7.2    <u>Deferred Vested Retirement Benefit</u>.  If an Eligible Employee who satisfies the requirements of Plan Section 9.4(b) elects to begin receiving his Deferred Vested Retirement Benefit before his Normal Retirement Date, his Deferred Vested Retirement Benefit equals the amount determined under Plan Section 7.5(a)(iv) (3%, 5%).

8

## SECTION 8

## FORM OF BENEFIT PAYMENTS

8.1    <u>Fixed Monthly Installments</u>.  The Fixed Monthly Installment Form of Payment in Plan Section 10.2(h) does apply to an Eligible Employee.

## SECTION 9

## TIMING OF BENEFIT PAYMENTS

9.1    <u>Early Commencement of Deferred Vested Retirement Benefit</u>.  An Eligible Employee who is eligible for a Deferred Vested Retirement Benefit and has a Termination of Employment before his Normal Retirement Date may elect a Benefit Commencement Date that is before his Normal Retirement Date and after he satisfies the criteria in Plan Section 9.4(b)(i) (55 and 15), 9.4(b)(iv) (75 Point Rule) or 9.4(b)(v) (Grandfathered 55 and 10).

## SECTION 10

## DEATH BENEFITS

10.1    <u>Domestic Partner</u>.  Effective January 1, 1999, the Plan's Domestic Partner provisions shall apply to Eligible Employees, including but not limited to Plan Article 12.

10.2    <u>Survivor Annuity</u>.  The survivor percentage that shall apply under Plan Section 12.2 for an Eligible Employee's Spouse or Domestic Partner is 66 2/3 percent.

# APPENDIX A

## Historical Retirement Income Formula

### On or After July 1, 1980 and Before January 1, 1994

The sum of (a) and (b):

    (a)    The greater of (i) or (ii)

        (i)    One and five-tenths percent (1.5%) of Final Average Compensation multiplied by Years of Credited Service, or

        (ii)    $17.50 multiplied by Years of Service

    (b)    Twenty-five hundredths of one percent (0.25%) of Final Average Compensation multiplied by Years of Credited Service before January 1, 1968 with organizations or affiliates listed in Appendix D.

### On or After July 1, 1979 and Before July 1, 1980

The sum of (a) and (b):

    (a)    The greater of (i), (ii), or (iii):

        (i)    The amount of (B) subtracted from (A)

            (A)    One and five-tenths percent (1.5%) of Final Average Compensation multiplied by Years of Credited Service;

            (B)    One percent (1%) of Age 65 Social Security Primary Insurance Amount multiplied by Years of Credited Service up to 25 years.

        (ii)    The amount of (B) subtracted from (A)

            (A)    One and five-tenths percent (1.5%) of Final Average Compensation multiplied by Years of Credited Service;

            (B)    Three hundred and seventy-five thousandths percent (0.375%) of Final Average Compensation multiplied by Years of Credited Service up to 25 years.

        (iii)    $17.50 multiplied by Years of Credited Service

    (b)    Twenty-five hundredths of one percent (0.25%) of Final Average Compensation multiplied by Years of Credited Service before January 1, 1968 with organizations or affiliates listed in Appendix D.

20827510v.2

**On or After July 1, 1978 and Before July 1, 1979**

The sum of (a) and (b):

    (a)    The greater of (i), (ii), or (iii):

        (i)    The amount of (B) subtracted from (A)

            (A)    One and five-tenths percent (1.5%) of Final Average Compensation multiplied by Years of Credited Service;

            (B)    One percent (1%) of Age 65 Social Security Primary Insurance Amount multiplied by Years of Credited Service up to 25 years.

        (ii)    The amount of (B) subtracted from (A)

            (A)    One and five-tenths percent (1.5%) of Final Average Compensation multiplied by Years of Credited Service;

            (B)    Three hundred and seventy-five thousandths percent (0.375%) of Final Average Compensation multiplied by Years of Credited Service up to 25 years.

        (iii)    $10.00 multiplied by Years of Credited Service

    (b)    Twenty-five hundredths of one percent (0.25%) of Final Average Compensation multiplied by Years of Credited Service before January 1, 1968 with organizations or affiliates listed in Appendix D.

**On or After January 1, 1977 and Before July 1, 1978**

The sum of (a) and (b):

    (a)    The greater of (i) or (ii):

        (i)    The amount of (B) subtracted from (A)

            (A)    One and five-tenths percent (1.5%) of Final Average Compensation multiplied by Years of Credited Service;

            (B)    One percent (1%) of Age 65 Social Security Primary Insurance Amount multiplied by Years of Credited Service up to 25 years.

        (ii)    $10.00 multiplied by Years of Credited Service

    (b)    Twenty-five hundredths of one percent (0.25%) of Final Average Compensation multiplied by Years of Credited Service before January 1, 1968 with organizations or affiliates listed in Appendix D.

11

**On or After January 1, 1974 and Before January 1, 1977**

The sum of (a) and (b):

     (a)     The greater of (i) or (ii):

          (i)     The amount of (B) subtracted from (A)

               (A)     One and five-tenths percent (1.5%) of Final Average Compensation multiplied by Years of Credited Service;

               (B)     Two percent (2%) of Age 65 Social Security Primary Insurance Amount multiplied by Years of Credited Service up to 25 years.

          (ii)     $10.00 multiplied by Years of Credited Service

     (b)     Twenty-five hundredths of one percent (0.25%) of Final Average Compensation multiplied by Years of Credited Service before January 1, 1968 with organizations or affiliates listed in Appendix D.

**On or After January 1, 1969 and Before January 1, 1974**

The greater of (a) or (b):

     (a)     The sum of (i) and (ii):

          (i)     Five-tenths of one percent (0.5%) of Final Average Compensation up to $400 multiplied by Years of Credited Service on and after January 1, 1969; and

          (ii)     One and twenty-five hundredths percent (1.25%) of Final Average Compensation up to $400 multiplied by Years of Credited Service on and after January 1, 1969.

     (b)     $6.50 multiplied by Years of Credited Service on and after January 1, 1969.

**Before January 1, 1969**

Basic Part (non-contributory):

The greater of (a) or (b):

     (a)     Five-tenths of one percent (0.50%) of Final Average Compensation up to $500 multiplied by Years of Credited Service up to 40 years.

     (b)     $2.50 multiplied by Years of Credited Service up to 40 years.

<u>Supplemental Part (contributory):</u>

The sum of (a) and (b):

      (a)      Five-tenths of one percent (0.50%) of Average Pay multiplied by Years of Credited Service up to 40 years.

      (b)      Twenty five percent (25%) of Average Pay multiplied by the lesser of (i) or (ii):

            (i)      1

            (ii)      Years of Credited Service divided by 20.

13

**APPENDIX B**

**Early Retirement Enhancement for Employees who Retire on September 1, 1993**

Eligible Salaried Employees in the Ohio Region who elect, during the election period, to retire on September 1, 1993, will receive 5 additional Years of Credited Service for determining their accrued benefit under the Plan formula and 5 additional years of age for determining time of payment options under the Plan. A Salaried Employee is eligible if he or she:

      (a)      Is age 55 or older and has 15 or more Years of Vesting Service; or

      (b)      When the sum of his or her age and Years of Vesting Service is at least 75.

The election period is from July 1, 1993 through August 31, 1993.

14

# APPENDIX C

## Service and Credited Service for Employment Before 1982

A.L. Brodie Company.

American Institute of Radiation. (For service after July 13, 1950).

American River Constructors, a Joint Venture.

Anderson Fertilizer Company, Inc., a South Carolina corporation. (For service after June 30, 1963).

Aylco Chemical Co., an Illinois corporation. (For service after October 31, 1962).

Basalt Rock Co., Inc., a California corporation. (For service before June, 1955).

Bechtel & Kaiser, Incorporated, a Nevada corporation.

Bechtel-Kaiser-Warren Company, a Delaware corporation.

Big Savage Refractories Corp., a Maryland corporation.

Boulder City Company, a Delaware corporation.

Bridge Builders, Inc., a Nevada corporation.

Brown-Bellows, Columbia, Joint Venture.

California Die Casting Corporation, a California corporation.

California Rehabilitation Center.

C.C. Cutting, M.D. & Associates.

C.D. Chemical Corporation, an Indiana corporation. (For service after February 18, 1964).

Chas. L. Harney, Inc., a California corporation.

Cleveland Community Health Foundation.

Compania Industrial Kaiser, S.A., a Mexican corporation.

Compania Occidental Mexicana, S.A., a Mexican corporation.

Consolidated Builders, Inc. a Nevada corporation, formerly known as the Interior Construction Company and theretofore as the Canal Construction Company. (Consisting of Henry J. Kaiser Co., Morrison-Knudsen Co., Utah Construction Co. and others).

Dapite Incorporated, a California corporation.

Designed Facilities Corporation, a California corporation.

Development Credit Corporation, a Delaware corporation.

DKAR Corporation, a Delawarc corporation.

Dothan Guano Company, Inc., an Alabama corporation. (For service after July 14, 1963).

Eden Medical Group, a partnership of physicians.

Eden-Permanente Medical Group, a partnership of physicians.

Edgar H. Pratt Fire Brick Company, an Illinois corporation.

Edward H. Burdick Associates, Inc., a New York corporation

Embe Gear & Electronics Co., a sole proprietorship.

Fire Brick Service Company, Inc., an Indiana corporation.

Fire Brick Specialties Company, an Illinois corporation.

Foothill Electric Corporation, a California corporation.

Garfield and Associates.

Glacier Sand and Gravel Company, a Washington corporation.

Gypsum Carrier, Inc., a Panamanian corporation.

Hawaii Kai Community Service Co., a Nevada corporation. (For service before September 29, 1997.)

Hawaii Loa, Ltd., a Hawaiian corporation.

Hawaii Permanente Medical Group, Inc., a Hawaii corporation, formerly Hawaii Permanente Medical Group, a Hawaiian association, formerly Pacific Medical Associates, a partnership of physicians.

Hawaiian Village Record Co., a California corporation.

Henry J. Kaiser Company, a Nevada corporation, formerly known as The Kaiser Company and theretofore as the Henry J. Kaiser Construction Co., and theretofore as the Columbia Construction Company.

Henry J. Kaiser Company (Canada) Ltd., a Canadian corporation.

16

Henry J. Kaiser Motors, a California corporation, acquired by Henry J. Kaiser Company.

Herman Kabat, M.D.

Hokin Aluminum Company Division of International Rolling Mill Products Corporation, an Illinois corporation. (For service before October 29, 1956).

H.W. Gentry Building Materials Company, a California corporation.

Industrial Equipment Company, a California corporation.

Industrias Kaiser Argentina, S.A., an Argentina corporation.

Ingenieria Y Construcciones Kaiser S.A., an Argentina corporation.

J.F. Shea Co. & H.J.K. Co., Inc. (Joint Ventures at Bronxville, N.Y., Delaware Aqueduct, and Tunnel 308).

Kaiser Activation Group, a Joint Venture.

Kaiser Aerospace & Electronics Corporation, a Nevada corporation. (For service before April 28, 1977).

Kaiser Aetna, a California partnership. (For service before September 29, 1977).

Kaiser Aircraft & Electronics Corporation, a New York corporation, formerly known as Chase Aircraft Co., Inc.

Kaiser Aluminum & Chemical Corporation, a Delaware corporation, formerly known as The Permanente Metals Corp., and theretofore as the Todd-California Shipbuilding Corporation.

Kaiser Aluminum & Chemical Sales, Inc., a California corporation, formerly known as the Permanente Products Company.

Kaiser Aluminum International Corporation, a California corporation.

Kaiser Aluminum Technical Services, Inc. a California corporation.

Kaiser Bauxite Company, a Nevada corporation.

Kaiser Broadcasting Corporation, a Nevada corporation. (For service before August 2, 1977).

Kaiser CATV Corporation, a Nevada corporation, formerly known as Kaiser-Cox Corporation. (For service before April 28, 1977.)

Kaiser Cement and Gypsum Corporation, a California corporation, formerly known as Permanente Cement Company, and theretofore as the Permanente Corporation.

Kaiser Center, Inc., a California corporation.

17

Kaiser Coal, Ltd., a British Columbia corporation.

Kaiser-Colorado Company, a California corporation, formerly known as the Kaiser Industries, a California corporation.

Kaiser Community Homes, a California corporation.

Kaiser Electronics Corporation, a California corporation.

Kaiser Engenharia e Construcoes, Limitada, registered in Brazil. (For service before June 7, 1977).

Kaiser Engineers Americas, Inc., a California corporation, formerly known as The Kaiser Company of Puerto Rico, Inc. (For service before June 7, 1977).

Kaiser Engineers and Constructors, Inc., a Nevada corporation, formerly known as the Kaiser Steel Export Corporation. (For service before June 7, 1977).

Kaiser Engineers Corporation, a New York corporation. (For service before June 7, 1977).

Kaiser Engineers Federal, Inc., U.S.A., organized under the China Trade Act of 1922 as amended.

Kaiser Engineers, Inc., an Ohio corporation, formerly known as Firebrick Engineers, Inc. (For service before June 7, 1977).

Kaiser Engineers International Corporation, a Nevada corporation. (For service before June 7, 1977).

Kaiser Engineers International, Inc., a Nevada Corporation. (For service before June 7, 1977).

Kaiser Engineers of Michigan, Inc., a Michigan corporation, formerly known as Kaiser Engineers, Inc. (For service before June 7, 1977).

Kaiser Engineers of Pennsylvania, Inc., a Pennsylvania corporation, formerly known as Kaiser Company, Inc., and theretofore as Phoenix Bridge Corporation. (For service before June 7, 1977).

Kaiser Engineers Overseas Corp., a California corporation.

Kaiser Engineers Pakistan, Inc., a California corporation, formerly known as Kaiser Engineers

Panamerican, Inc.

Kaiser Engineers Puerto Rico, Inc., a California corporation.

Kaiser Exploration Company, a Nevada corporation, formerly known as the Kaiser Magnesium Company.

Kaiser Fleetwings, Inc., a California corporation.

Kaiser Fontana Hospital Association, a California corporation.

Kaiser Foundation of Hawaii, a California nonprofit corporation.

Kaiser Foundation Health Plan, a Nonprofit Trust formerly known as The Kaiser Foundation Health Plan, and theretofore as The Permanente Health Plan.

Kaiser-Frazer Export Corporation, a Nevada corporation.

Kaiser-Frazer of Canada, Ltd., a Canadian corporation.

Kaiser-Frazer Sales Corporation, a Michigan corporation.

Kaiser-Globe Broadcasting Corporation, a California corporation, formerly known as WKBG, Inc.

Kaiser Gypsum Company, Inc., a Washington corporation, formerly known as the Pacific Coast Cement Company; and including Kaiser Gypsum Company, a California corporation, which was merged into Pacific Coast Cement Company. (For service before April 3, 1978).

Kaiser Hawaii Kai Development Co., a Nevada corporation, formerly known as the Kaiser Hawaiian Corporation.

Kaiser Hawaiian Village Radio, Inc., a California corporation.

Kaiser Hawaiian Village Television, Inc., a California corporation.

Kaiser-Hughes, Culver City, Joint Venture.

Kaiser Industries Corporation, a Nevada corporation, formerly known as the Kaiser Motors Corporation, and theretofore as the Kaiser-Frazer Corporation; and including Henry J. Kaiser Company, a Nevada corporation merged therewith, including Kaiser Paving Co., a Delaware corporation merged therewith, formerly Kaiser Industries Inc., a Nevada corporation, formerly known as Kaiser Engineers, Inc., theretofore as CaliforniaKaiser Company and theretofore as American Constructors, Inc.; and including The Kaiser Company, a Nevada corporation merged with Kaiser Engineers, Inc., and Standard Gypsum Company of California, a Delaware corporation, formerly known as Standard Gypsum Company, the entire business of which was acquired by Kaiser Industries, Inc.

Kaiser International Services Corporation, a California corporation.

Kaiser Jamaica Corporation, a Delaware corporation.

Kaiser Jeep Corporation, a Nevada corporation, formerly known as Willys Motors, Inc., and including Willys Motors, Inc., a Pennsylvania corporation merged therewith, formerly known as the Kaiser Manufacturing Corporation and theretofore as the Phoenix Iron Works Corporation.

Kaiser Jeep International Corporation, a Delaware corporation, formerly known as Willys-Overland Export Corporation and theretofore as Willys Motors of Argentina, Inc.

Kaiser Jeep Overseas, S.A.

19

Kaiser Jeep Sales Corporation, a Michigan corporation, formerly known as Willys Sales Corporation and theretofore as Kaiser & Frazer Parts Corporation.

Kaiser Metal Products Co., a California corporation, formerly known as the Kaiser Fleetwings Sales Corporation.

Kaiser Metal Products, Inc. of California, a California corporation, formerly known as Kaiser Metal Products, Inc., and theretofore as Kaiser Fleetings, Inc., and theretofore as Kaiser Cargo, Inc.

Kaiser Office Corporation, a California corporation.

Kaiser Pacific Properties Corporation, a California corporation.

Kaiser-Perini-Morrison-Raymond, Joint Venture.

Kaiser Products, Inc., a Delaware corporation, formerly known as Fleetwings, Inc.

Kaiser-Raymond, Joint Venture.

Kaiser-Raymond Macco-Puget Sound, Joint Venture.

Kaiser-Refractories Co., a Canadian Dominion corporation, formerly known as Refractories Engineering and Supplies Limited.

Kaiser Services, a California corporation, formerly known as Permanente Sales Co.

Kaiser Steel Corporation, a Nevada corporation, formerly known as Kaiser Company, Inc., and theretofore as the California-Kaiser Company.

Kaiser Steel Latin America, Inc., a Nevada corporation.

Kaiser Steel Sales Corporation, a Nevada corporation.

Kaiser-Walsh-Perini-Raymond, Joint Venture.

Ke-Wash Company, an Iowa corporation. (For service after September 16, 1964).

L.C. Smith Company, a California corporation.

Madison Sand & Gravel Co., a co-partnership. (For service before May 15, 1967).

Mason City Company, a Nevada corporation, formerly known as Mason City Hospital, Inc.

Mexico Refractories Company, a Nevada corporation.

Mexico Refractories Company of Cuba, a Cuban corporation.

Mexico Refractories Company of Ohio, an Ohio corporation, formerly known as L.H.

20

Williston Fire Brick Company.

Mexico Refractories Company of Texas, a Texas corporation.

Mid-Continent Insurance Brokers Corporation, a Louisiana corporation.

Milhaven Sales Corporation, a Georgia corporation. (For service after June 30, 1960).

Minera Bayovar, S. A. a Delaware corporation .

Missouri Refractories Company, a California corporation.

Mount Carmel Development Corp., a California corporation, formerly known as Tunnel Rock Quarry, Inc.

Myers Drum Company. (For service after July 14, 1968).

National Refractories Company, Inc., a Pennsylvania corporation.

National Steel and Shipbuilding Co., a Nevada corporation.

National Steel and Shipbuilding Corporation, a California corporation.

Niles Fire Brick Company, an Ohio corporation.

North Hollywood Concrete Tile Company, a co-partnership.

Northwest Permanente, P.C./Physicians & Surgeons, an Oregon corporation, formerly The Permanente Clinic, a partnership of physicians.

Oregon Shipbuilding Corporation, a Delaware corporation. (For service before 1952).

Permanente Steamship Corporation, a Nevada corporation, including The Permanente Steamship Company merged therewith.

Permanente Trucking Company, a California corporation.

Plant Constructors, Inc., a Nevada corporation.

Redwood Redi-Mix Co., a California corporation.

Richmond Shipbuilding Corporation, a Delaware corporation.

Royfield and Company.

San Diego Health Association.

Shea-Kaiser, Joint Venture.

Sidney R. Garfield, M.D. and Associates.

Sierra Magnesite Company, a Nevada corporation.

Six Companies, Inc., a Delaware corporation, consisting of Henry J. Kaiser Co., Utah Construction Co., Morrison & Knudsen Co., McDonald & Kahn, Bechtel Co., and J.F. Shea.

Six Companies of California, a Nevada corporation.

Smoky Mountains Fertilizer Company, a North Carolina corporation. (For service after June 30, 1963).

St. Louis, Rocky Mountain, and Pacific Company, a New Mexico corporation. (For service before September, 1955).

Syar & Harms and Gordon H. Ball, Inc., Joint Venture.

Texada Mines, Ltd., a British Columbia corporation.

The DeKruif, Mott Eckhardt, Rubin Medical Group.

The Permanente Foundation, a charitable Trust, formerly known as The Kaiser Foundation. (For service before December 31, 1979).

The Utah Permanente Hospital, California nonprofit corporation, formerly known as The Utah Permanente Hospitals.

Underwriters Service, Inc., a California corporation, formerly known as the Industrial Underwriters, Inc., theretofore as the Industrial Indemnity Company including Industrial Indemnity Exchange merged therewith. (For service before December 31, 1976).

Union Steel Company, a California corporation.

United States Rubber Company, a New Jersey corporation. (For service before February 1, 1957).

Utah-Bechtel-Morrison-Kaiser Company, a Joint Venture.

Utah Fuel Company, a New Jersey corporation.

Utah Fuel Company, formerly known as Kaiser Associates, and theretofore as Kaiser Industries Inc., of California.

West Coast Fertilizer Company, a Florida corporation. (For service after November 29, 1962).

Willy-Overland Do Brasil, S.A. (For service before October 9, 1967).

Windsor Sand & Gravel, Inc., a California corporation.

WKBF, Inc., a California corporation. (For service before May 22, 1975).

## APPENDIX D

### Service Before 1968 as Credited Service

A.L. Brodie Company.

American Institute of Radiation. (For service after July 13, 1950).

California Rehabilitation Center.

Cleveland Community Health Foundation

C.C. Cutting, M D. & Associates.

Dapite Incorporated, a California corporation.

Eden Medical Group, a partnership of physicians.

Eden Permanente Medical Group, a partnership of physicians.

Garfield and Associates.

Herman Kabat, M D.

Kaiser Fontana Hospital Association, a California corporation.

Kaiser Foundation of Hawaii, a California nonprofit corporation.

Kaiser Foundation Health Plan, a Nonprofit Trust formerly known as The Kaiser Foundation Health Plan, and theretofore as The Permanente Health Plan.

Kaiser Foundation Health Plan, Inc., a California nonprofit corporation, formerly known as the Kaiser Foundation Northern Hospitals and theretofore as the Northern Permanente Foundation.

Kaiser Foundation School of Nursing, a California nonprofit corporation, formerly known as The Permanente School of Nursing.

Mason City Company, a Nevada corporation, formerly known as Mason City Hospitals, Inc.

Pacific Medical Associates, a partnership of physicians.

Permanente Services, Inc., a California corporation.

Permanente Services of Hawaii, Inc.

Permanente Services of Oregon, Inc.

Sidney R. Garfield, MD. & Associates.

Southern California Permanente Medical Group, a partnership of physicians.

Southern Permanente Services, Inc., a California corporation.

The DeKruif, Mott, Eckhardt, Rubin Medical Group.

The Kaiser Foundation, a charitable Trust, formerly known as The Permanente Foundation.

The Permanente Clinic, a partnership of physicians.

The Permanente Medical Group, a partnership of physicians.

The Utah Permanente Hospital, a California nonprofit corporation, formerly known as The Utah Permanente Hospitals.

## APPENDIX E

### Service for Employment Before 1982

Alumina Partners of Jamaica, a Delaware partnership.

Ansted Division of Thompson Industries, Inc.

Army Port Contractors, a Joint Venture.

Associated Contractors, Inc., a Delaware corporation.

Beaverton Highlands Company, an Oregon corporation.

California Community Homes, a California corporation.

California Shipbuilding Corporation, a Delaware corporation. (For service before 1946).

Canyon General Hospital, a California corporation. (For employment before May 1, 1979 for all Participants employed by Employer on May 1, 1979).

Doolittle Development Co., a California corporation.

Dunvegan Equipment Limited, a Canadian corporation.

Gilpin Construction Co., Ltd., a Canadian corporation, formerly known as the GilpinNash Limited.

Hawaiian Village, Inc., a California corporation.

Hindustan Aluminum Corporation, Limited, an Indian corporation.

Industrial Engineering Company, a California corporation.

Industrial Indemnity Co., a California corporation. (For service before October 5, 1951).

Jamaica Resources Limited.

J.F. Shea Company.

Kaiser Aluminio Limitada, a Brazilian corporation.

Kaiser Aluminum Company, Ltd., a United Kingdom corporation.

Kaiser Aluminum (International) A.G., a Swiss corporation.

Kaiser Aluminum International, Inc., a Panamanian corporation.

Kaiser-Burns Development Corporation, a California corporation.

Kaiser Foundation Health Plan of Texas, formerly known as Kaiser/Prudential Health Plan.

Kaiser Jeep of Canada, Limited, a Canadian corporation, formerly known as Willys of Canada, Limited.

Mahrinda & Mahrinda, Limited, an Indian company.

Mirawal Division of Birdsboro Corporation, a Pennsylvania corporation. (For service before May 1, 1968).

Myers Drum Company.

Olin Mathieson Chemical Corp., incorporated in The Commonwealth of Virginia. (For service from December 1, 1963 to December 1, 1965).

Olympic Cement Storage, Inc., a Washington corporation.

San Leandro Industrial Corporation, a California corporation.

Standard Magnesium & Chemical Company, a Delaware corporation.

The Olympic Portland Cement Company, Limited, a United Kingdom corporation.

Walsh-Kaiser Company, Inc., a Delaware corporation.

Wilco Properties, Inc., a Delaware corporation.

Willys Motors (Australia), Pty., Ltd., an Australian corporation.

Willys-Overland Distributors, Inc., a subsidiary of Willys-Overland Motors, Inc.

Willys-Overland Motos, Inc., a Delaware corporation. (For service before April 28, 1953).

26

## APPENDIX F

### Supplemental Benefit Improvements

### Benefits For Employees Retired Before 1974

### Participants Retired in Calendar Years 1969 Through 1973

Effective January 1, 1977, the monthly amount of the Normal Retirement Benefit for a Participant who elected a Normal or Early Retirement Benefit between January 1, 1969 and December 31, 1973 is the greater of amounts determined under (a) or (b) of this subsection.

(a)     The sum of:

(i)     The greater of:

(A)     One and twenty-five hundredths percent (1.25%) of Final Average Compensation multiplied by Years of Credited Service; or

(B)     $6.50 multiplied by each Year of Credited Service

(ii)     Twenty-five hundredths of one percent (0.25%) of Final Average Compensation multiplied by Years of Credited Service before January 1, 1968 with organizations or affiliates listed in Appendix D.

(b)     The sum of:

(i)     The Participant's Retirement Benefit calculated in accord with the Plan provisions in effect at his Retirement Date; plus

(ii)     The greater of $50 or $10 for each complete calendar year elapsed between the Participant's Retirement Date and January 1, 1977.

### Participants Retired Before 1969

Effective January 1, 1977, the monthly amount of Normal Retirement Benefit for a Participant who elected a Normal or Early Retirement Benefit before January 1, 1969 is the greater of the amounts determined under (a) or (b) of this subsection.

(a)     The sum of:

(i)     Seventy-five hundredths of one percent (0.75%) of Final Average Monthly Compensation for each of the first 20 Years of Credited Service;

(ii)     Five-tenths of one percent (0.5%) of Final Average Monthly Compensation for each Year of Credited Service in excess of 20 years.

(b)     The sum of:

27

    (i)        The Participant's Retirement Benefit calculated in accord with the Plan provisions in effect at his Retirement Date; plus

    (ii)       $10.00 for each complete calendar year elapsed between the Participant's Retirement Date and January 1, 1977.

## Benefit Improvement For Employees Who Retired Before July 1, 1979

The monthly benefit improvement for each Participant who terminated employment before July 1, 1979 and who is entitled to a Normal, Deferred Vested, Postponed or Early Retirement Benefit is a life annuity equal to the largest of the following amounts:

    (a)       $1 multiplied by the years and partial years between the Participant's Retirement Date and July 1, 1979 (up to a maximum of $10), and then multiplied by the Participant's Years of Credited Service; or

    (b)      $17.50 multiplied by the Participant's Years of Credited Service less his Normal Retirement Benefit including previous improvements; or

    (c)      $25.

The benefit improvement commences July 1, 1979 or the deferred commencement date, if later, and is reduced in accordance with under Plan Section 7.3(a)(iii) if the retired Participant has not reached age 65 when the benefit improvement commences. The benefit improvement is actuarially adjusted to reflect payment under the Form of Payment elected for his current benefit if he retired on or after January 1, 1977, or the Form of Payment elected for the 1977 improvement if he retired before January 1, 1977.

## Benefit Improvement For Employees Who Retired Before July 1, 1982

The monthly benefit improvement for each Participant who terminated employment before July 1, 1982 and who is entitled to a Normal, Deferred Vested, Disability, Postponed or Early Retirement Benefit is equal to the larger of the following amounts:

    (a)      $25 multiplied by years and partial years between the Participant's Retirement Date and July 1, 1982 (up to a maximum of $75); or

    (b)      $25.

The benefit improvement commences July 1, 1982 or the deferred commencement date, if later. For Participants who retired before July 1, 1979, the benefit improvement will be paid as the Actuarial Equivalent of a life annuity paid under the same Form of Payment as the 1979 improvement. For Participants who retired after June 30, 1979, the benefit improvement will be paid as the Actuarial Equivalent of a life annuity paid under the Form of Payment elected at retirement.

**Benefit Improvement For Employees Who Retired Before July 1, 1982**

The monthly benefit improvement for each Participant who terminated employment before July 1, 1982 and who is entitled to a Normal, Deferred Vested, Disability, Postponed, or Early Retirement Benefit is equal to the larger of the following amounts:

(a)    Two and five-tenths percent (2.5%) of the monthly Normal Retirement Benefit, including prior improvements, multiplied by the years and partial years between the Participant's Retirement Date and July 1, 1982; or

(b)    $50.

The benefit improvement commences July 1, 1985 or the deferred commencement date, if later. The benefit improvement will be paid as the Actuarial Equivalent of a life annuity under the same Form of Payment as the 1982 improvement.

**Benefit Improvement For Employees Who Retired Before July 1, 1985**

Effective July 1, 1988, the monthly benefit improvement for each Participant who terminated employment before July 1, 1985, and who is entitled to Normal, Deferred Vested, Disability, Postponed or Early Retirement Benefit, is equal to the largest of the following amounts:

(a)    For Participants who terminated employment before July 1, 1982, 6% of the monthly Normal Retirement Benefit, including prior improvements; or

(b)    For Participants who terminated employment after June 30, 1982, 2% of the monthly Normal Retirement Benefit, multiplied by the years and partial years between the Participant's Retirement Date and July 1, 1988; or

(c)    $5 multiplied by the Participant's Years of Credited Service.

The benefit improvement commences July 1, 1988 or the Participant's deferred commencement date, if later. For Participants who retired before July 1, 1982, the benefit improvement will be paid as the Actuarial Equivalent of a life annuity under the same Form of Payment as the 1985 improvement. For Participants who retired after June 30, 1982, the benefit improvement will be paid as the Actuarial Equivalent of a life annuity paid under the Form of Payment elected at retirement.

**Benefit Improvement For Employees Who Retired Before January 1, 1991**

Effective July 1, 1991, the monthly benefit improvement for each Participant who terminated employment before January 1, 1991, and who is entitled to a Normal, Deferred Vested, Disability, Postponed, or Early Retirement Benefit, is equal to the greater of the following amounts:

(a)    Two and five-tenths percent (2.5%) of the monthly Normal Retirement Benefit, multiplied by the years and partial years since the later of the Participant's retirement date or the date of the Participant's most recent benefit improvement; or

     (b)     $1.50 multiplied by the years and partial years since the later of the Participant's retirement date or the date of the Participant's most recent benefit improvement multiplied by the Participant's Years of Credited Service.

The benefit improvement commences July 1, 1991 or the Participant's deferred commencement date, if later. For Participants who retired before July 1, 1985, the benefit improvement will be paid as the Actuarial Equivalent of a life annuity under the same Form of Payment as the 1988 improvement. For Participants who retired after June 30, 1985, the benefit improvement will be paid as the Actuarial Equivalent of a life annuity under the Form of Payment elected at retirement.

**APPENDIX G**

**Early Retirement Enhancement for Non-Union Employees in the Northern California Region**

A Vested Participant who is a salaried Employee or a non-represented non-exempt Employee of Kaiser Foundation Health Plan, Inc. or Kaiser Foundation Hospitals in the Northern California Region and who satisfies all the requirements and restrictions of Section 1 of this Appendix G (as well as any other requirements for eligibility for benefits under the 2012 Employee Choice Program (the "Program")) shall be eligible for one of the enhancements under Section 2 of this Appendix G.

Notwithstanding the preceding paragraph, a Participant classified as one of the following job categories is not eligible for an enhancement under this Appendix G:

- executives
- union represented Employees
- physicians and employees of The Permanente Medical Group
- Employees of the Division of Research
- residents, interns, fellows and residency program administrators
- temporary or project Employees
- Employees of Program Office or KPIT payroll or on any payroll, other than Kaiser Foundation Health Plan, Inc. or Kaiser Foundation Hospitals in the Northern California Region, even if their work location is in Northern California.
- the following Employees of Shared Services, National or Statewide Functions, even if on Northern California Region payroll:
  - National/Shared Services Human Resource Functions
  - MSSA and Member Services
  - Procurement and Supply
  - National Facilities Services
  - National Payroll and Financial Service Operations
  - Management Information Analytics (MIA)
  - Workers Compensation
  - State and National Pharmacy Operations (not including Employees in Northern California Pharmacy Operations who report to the Northern California Vice President of Pharmacy Operations)
  - Statewide Capital Asset Functions
  - Statewide Compliance and Privacy Operations
  - Kaiser Foundation Research Institute

1.    **Eligibility Requirements**

An eligible Participant, as described above, who satisfies all of the following requirements, shall be eligible for one of the enhancements described in Section 2:

(i)    Is an active or inactive Employee on December 31, 2012.

31

(ii)     Has at least one year of continuous employment on December 31, 2012 (which may include employment with an Employer or an organization listed in the Medical Care Organization Appendix).

(iii)    Applies for the enhancement under the Program between January 8, 2013 and January 18, 2013, in accordance with procedures established by the Administrative Committee.

(iv)     Retires under the Program on his designated termination date under the terms of the Program, which will be no later than March 19, 2013, provided that:

    (A)     the designated termination date may be extended to September 19, 2013 by mutual agreement between the Participating Company and the Participant if the Participant is employed in one of the following employment categories:

        o     Eligible members of the Area Senior Leadership Team
        o     Assistant Nurse Managers
        o     The following Application Coordinator Job Family roles:

            •     Application Coordinator Intermediate
            •     Application Coordinator Specialist
            •     Application Coordinator Team Lead
            •     Application Coordinator Technical Lead Application
            •     Coordinator Consultant Specialist
            •     The following Quality Leadership roles:
            •     Quality Director AR&L Director

        o     The following Continuum Home Health & Hospice roles:

            •     Site Director
            •     Service Director
            •     Clinical Services Supervisor

    (B)     if an eligible Participant continues employment with a Participating Company (or any entity listed in the Medical Care Organization Appendix) after March 19, 2013 (or September 19, 2013, if applicable) he shall not be eligible for an enhancement under this Appendix G.

(C)    if an eligible Participant who received an enhancement under this Appendix G is rehired by a Participating Company (or any entity listed in the Medical Care Organization Appendix), the enhancement under this Appendix G shall only apply to such eligible Participant's Accrued Benefit as of his designated termination date required for the Program.

Notwithstanding the foregoing, the number of eligible Participants shall be limited for the following service line or job classifications as set forth below:

|  | Limit | Note |
|---|---|---|
| **Assistant Nurse Managers** | | |
| Assistant Nurse Manager - Maternal Child Health | 3 | Per Medical Facility |
| **KP HealthConnect Application Coordinators** | | |
| Application Coordinator Intermediate | | |
| Application Coordinator Specialist | | |
| Application Coordinator Team Lead | 12 | Region-wide |
| Application Coordinator Technical Lead | | |
| Application Coordinator Consultant Specialist | | |

If the number of Participants in the classifications described above who apply for an enhancement under this Appendix G exceed the applicable limit, Participants with the earliest employment commencement date will be eligible.

2.    **Enhancements**

An eligible Participant who meets the requirements above and satisfies any additional requirements described below shall be eligible for one of the following enhancements:

(i)    An eligible Participant who, as of December 31, 2012, satisfies both: 1) the conditions for an Early Retirement Benefit under Plan Section 6.2(a), (d), or (e) and 2) has attained age 60 to 64, is entitled to an Early Retirement Benefit in an amount equal to his Normal Retirement Benefit accrued to his Normal Retirement Date (in lieu of the reduction factors that would otherwise be applicable under Plan Section 7.3).

(ii)    An eligible Participant who, as of December 31, 2012, satisfies both: 1) the conditions for an Early Retirement Benefit under Plan Section 6.2(a), (d), or (e); and 2) has attained age 55 to 59, is entitled to an Early Retirement Benefit in an amount equal to his Normal Retirement Benefit accrued to his Normal Retirement Date reduced to the percentage shown on the table below corresponding to the Participant's age on his Benefit Commencement Date (in lieu of the reduction factors that would otherwise be applicable under Plan Section 7.3):

33

| Age | Percentage |
|:---:|:---:|
| 65 | 100 |
| 64 | 97 |
| 63 | 94 |
| 62 | 91 |
| 61 | 90 |
| 60 | 90 |
| 59 | 90 |
| 58 | 85 |
| 57 | 80 |
| 56 | 75 |
| 55 | 70 |

(iii)    An eligible Participant who has attained at least the age of 50 and has completed at least 10 Years of Vesting Service, is entitled to an Early Retirement Benefit calculated in accordance with Plan Section 7.3 using the early reduction factors based on his actual age at his Benefit Commencement Date.

Any enhancements under this Appendix G are fully subject to the provisions and administrative processes of the Plan, including but not limited to the application process and the form and timing of benefit payments.

34