Clarissa A. Kang, No. 210660
Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:  (415) 788-3111
Facsimile:  (415) 421-2017
E-mail:  ckang@truckerhuss.com
         drudolph@truckerhuss.com

Attorneys for
KAISER FOUNDATION HEALTH PLAN,
INC., incorrectly named and sued as KAISER
PERMANENTE RETIREMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIA C. JAVIER,<br><br>             Plaintiff,<br><br>     vs.<br><br>KAISER PERMANENTE RETIREMENT,<br><br>             Defendant. | Case No. 3:20-cv-00725-JD<br><br>**[PROPOSED] ORDER GRANTING KAISER FOUNDATION HEALTH PLAN, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:   March 19, 2020<br>Time:   10:00 am (PST)<br>Dept.:  Courtroom 11, 19th Floor<br>Judge:  Hon. James Donato |

# **[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

The Motion to Dismiss filed by Kaiser Foundation Health Plan, Inc. ("KFHP") under Federal Rule of Civil Procedure 12(b) ("Motion") came on regularly for hearing on March 19, 2020 at 10:00 a.m. in Courtroom 11 of the above-referenced court before the Honorable James Donato.

Having considered the papers filed in support of KFHP's Motion, oral argument presented by counsel at the hearing, and the other papers on file in this action, the Court hereby **GRANTS** KFHP's Motion, and dismisses the Complaint filed by Plaintiff Lia C. Javier in its entirety.

IT IS SO ORDERED.

DATE: _____

Hon. James Donato
United States District Judge