1 Your name: Lia C Javier
2 Address: 805 Fieldstone Ct.
3 Brentwood, Ca 94513
4 Phone Number: 510-701-1771 / 925-503-9020
5 E-mail Address: Shecancer777@yahoo.com
6 Pro se

FILED
2020 FEB 19 P 2:28
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Lia C Javier
       Plaintiff,
vs.
Kaiser Foundation Health Plan, Inc
       Defendant.

Case Number: ~~C19-02437~~ 3:20-cv-00725 WJ

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CHANGE ~~DEADLINE FOR FILING~~** [document title]
Opposition of Motion to dismiss

Judge: Hon. Donato

Opposition of Dismiss ~~opposition~~ WJ
MOTION TO ~~CHANGE DEADLINE FOR FILING~~

CASE NO. 3:20-CV-00725 ; PAGE 1 OF 3 [JDC TEMPLATE Rev.2017]

1. The *[title of document]* Motion to Dismiss Case #3:20CV-00725 is currently due on *[date]* 02/21/2020

2. I respectfully request that the Court change this deadline to *[new date]* 4-6 weeks    3/31/20 or 4/14/20

3. I have *[check box that applies]*:
   ☐ not already asked the Court to change this deadline.
   ☐ already asked the Court to change this deadline.

4. This change is necessary because *[explain]*: My mom is mentally disabled, and we have received big books of legal documents that we did not understand. I am working full time, taking care of my disabled Mom and trying to take care of this legal matter. I need more time also because she (my mom) is low income and she cannot afford an attorney. Kaiser was the one who told her to take the denial to court and now they want to make it more difficult for her. My name is Chelsey Davis, her daughter, X Chelsey Davis

5. I believe changing this deadline *[check one]*:
   ☐ will not affect any other deadlines.
   ☒ may affect these other deadlines and dates *[list anything else that may need to be rescheduled, such as a hearing related to the papers need to file]*:

6. The opposing side *[check box that applies and explain]*:
   ☐ has agreed to this change.
   ☒ has not agreed. I tried to obtain the opposing party's agreement to this change,

MOTION TO CHANGE DEADLINE FOR FILING    The opposition of Motion to Dismiss

CASE NO. _____ ; PAGE 2 OF 3 *[JDC TEMPLATE Rev.2017]*

1 | but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:
2 | Tried to contact Clarissa A. Kang or Dylan D. Rudolph
3 | left voicemail.
4 |
5 |
6 |
7 |
8 | I declare under penalty of perjury that the above statements are true and correct.
9 |
10 |
11 | Respectfully submitted,
12 | Date: 02/18/2020        Signature: *[signed]*
13 | Printed name: Lia C-Javier
14 | Pro Se
15 |
16 |
17 |
18 | *[Do not write below this line]*
19 |
20 |     Good cause appearing, the motion is GRANTED. The Case Management Conference is
21 | rescheduled to *[date]* _____ at *[time]* _____.
22 |     IT IS SO ORDERED.
23 |
24 | Date: _____   *[For Judge]* _____
25 |                                *[Judge's name]* _____
26 |                                United States District/Magistrate Judge
27 |
28 |
MOTION TO CHANGE DEADLINE FOR FILING The Opposition of Motion to Dismiss
CASE NO. 3:20-CV-00725 ; PAGE 3 OF 3 [JDC TEMPLATE Rev.2017]

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE**

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Motion to Change Deadline for Filing that you file and serve.*

1. **Case name:** Lia C. Javier  v.  Kaiser Foundation Health Plan Inc

2. **Case number:** 3:20-cv-00725

3. **Documents served:** Motion and Proposed Order to Change Deadline for Filing *[fill in]*
   Opposition of Motion to Dismiss / Extension

4. **How was the Motion served?** *[check one]*
   - [x] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **On whom was the Motion served?** *[For each person who was sent the document, write their full name and contact information used.]*

   Kaiser Foundation Health Plan Inc
   Lia C Javier
   United States District Court,
   Northern District of California

6. **When was the Motion served?** 02/18/20

7. **Who served the Motion?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: Chelseay Javier
   Name: Chelseay Javier
   Address: 805 Fieldstone Ct Brentwood
   Ca 94513

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*