1  Your name: Lia C Javier
2  Address: 805 Fieldstone Ct.
3  Brentwood Ca 94513
4  Phone Number: 510-701-1771
5  E-mail Address: Shecancer777@yahoo.com
6  Pro se

FILED
2020 MAR 11 P 2:30
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☑ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| Lia C. Javier | Case Number: 3:20-cv-00725 |
| Plaintiff, | **OPPOSITION TO MOTION TO DISMISS** |
| vs. | |
| Kaiser Foundation Health Plan Inc | DATE: |
| | TIME: |
| Defendant. | JUDGE: Hon. Donato |

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 3:20-CV-00725                     ; PAGE 1 OF 5  [JDC TEMPLATE – rev. 2017]

*Insert this page as needed to continue the facts or argument section, or to write an introduction.*

What I, Lia C Javier am asking is that I can get Kaiser Foundation Health plan Inc. to forfeit the check in the amount of 29,263.94. I have not asked it and I want to be reinstated in my retirement plan with no monies taken away. I am disabled and it should have been noted when I called to ask for a better understanding "given my circumstances". That I should have been given KP's retirement phone number so I could have been given the correct information. Kaiser has been on going in my mental disability. I have social anxiety that I am on many medications as well as having high blood pressure due to my interactions with stress. It all started in 2010 when I was "Laid off from Kaiser" Walked out of Kaiser with an escort like I was a thief, after my father was deathly ill and just purchased a home, I had a break down (mental) and I have never been the same. Will be on meds for the rest of my life. I don't trust Kaiser. Please help me...

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 3:20-CV-00725          ; PAGE 2 OF 5   [JDC TEMPLATE – rev. 2017]

## FACTUAL BACKGROUND

*[Write a short version of the facts in the Complaint. After each fact, write in the paragraph number of the Complaint where that information can be found.]*

I, Lia C., am writing to let Judge Donato know that I am asking for opposition of motion to be dismissed. I am mentally disabled and on Oct. 2017, I received a postcard in the mail. I was losing my home and I thought it was an answer to my prayers. I called and asked to speak with someone because my daughter told me to explain to them my mental disability so they could let me know so I could write it down and she could call later with questions. They said they could not give me more info. They were just a company that Kaiser hired to do this. They said to sign postcard, so I called and asked and they said it had to be done then, and I could change my mind in 30 days. I kept calling to ask for help before the deadline but this company would not give me Kaiser's Retirement phone number so I could get info to make this decision. My daughter told me to keep calling and I did. No help did I get from anyone. My daughter called a few times and they would not help her either, so we had to ask our

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 3:20-CV-00725    ; PAGE 3 OF 5   *[JDC TEMPLATE – rev. 2017]*

## ARGUMENT

*[Explain your response to each of Defendant's arguments. Go in the same order as the arguments were made in Defendant's Motion, if possible.]*

tax person and she said I was disabled and since the deadline was already passed we would go from there. Kaiser knew I was disabled during the process of me trying to get them to take the check back and put me back in my retirement. I never received the other forms prior than the card. I did not understand and we had no help anywhere. This company should have had the phone number to Kaiser Retirement for Kaiser ex-employees who have questions. I told them I had no clue what I was doing. They didn't care. The Day after the time frame was up for this special cash out. Kaiser Retirement was on the interenet, it was not up before that. I was angry because my daughter could have talked to someone to get the truth about this cash out. My daughter talked to a supervisor that explained everything stating I was disabled, I could have went under a form for disabled ex-employee, that would have helped not hurt me. There are recordings about those conversations. They denied me 2 times when I tried to appeal

and told me to take it to court, but never said where, no info, or addresses. So I went by the address that was on the denial papework. They want to dismiss it on that and if you see the papework it gives no info of how to contact them (Kaiser). Once again, Kaiser has caused my disablement. I won't let them get away with taking my retirement. I never cashed the check, and they want me to lose my retirement as well as my mind. Please help me Judge Donato.

Thank you
Lia

They want to Dismiss because wrong place received lawsuit. That's not fair. That's wrong. Please do not dismiss my case. Thank you. I need help. My daughter is my voice (Chelseay Javier). I am low income and cannot afford a lawyer. Please help me. Thank you.

[If this document is longer than ten pages, you must include a table of contents and a table of authorities.]

[You must sign and date.]

Date: 02-28-20    Sign Name: _____
                  Print Name: Lia Javier

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 3:20-CV-00725    ; PAGE 5 OF 5 [JDC TEMPLATE – rev. 2017]

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. **Case Name:** Lia C Javier  v.  Kaiser Foundation Health Plan Inc

2. **Case Number:** 3:20-CV-00725

3. **What documents were served?**

   Opposition to Motion to Dismiss

4. **How was the document served?** *[check one]*

   ☑ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Judge Donato / United States Courthouse
   Clerk's office 16th Floor
   450 Golden Gate Ave. SF, Ca 94102

   Dylan Randolph / Clarissa A. Kang
   1 Embarcadero Center 12th Floor
   San Francisco, Ca 94111

   Lia C Javier: 805 Fieldstone Ct.
   Brentwood, Ca 94513

6. **When were the documents sent?** 03/09/20

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: _[signed]_

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*

**Justice & Diversity**
C E N T E R
OF THE BAR ASSOCIATION OF SAN FRANCISCO

Name: Lia C Javier

Address: 805 Fieldstone Ct
Brentwood, Ca 94513

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*