UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C JAVIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN INC,<br><br>　　　　　Defendant. | Case No.  20-cv-00725-JD<br><br>**ORDER RE STIPULATION**<br><br>Re: Dkt. No. 14 |

At the parties' joint request, Dkt. No. 14, defendant's reply is due by April 17, 2020.  A hearing will be scheduled if warranted.  Civil L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: March 18, 2020

　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge