UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C JAVIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN INC,<br><br>　　　　Defendant. | Case No. 20-cv-00725-JD<br><br>**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE** |

The initial case management conference currently scheduled for May 14, 2020, is vacated pending further order of the Court.

**IT IS SO ORDERED.**

Dated: May 8, 2020

JAMES DONATO
United States District Judge