- 1 -

| | |
|---|---|
| Your Name: | Lia C. Javier |
| Address: | 805 Fieldstone Ct. Brentwood, CA 94513 |
| Phone Number: | 510-701-1771 |
| Fax Number: | N/A |
| E-mail Address: | shecancer777@yahoo.com |

Pro Se Plaintiff

*FILED*

*DEC 03 2020*

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Lia C. Javier | Case Number    3:20-cv-00725-JD |
| Plaintiff, | **FIRST AMENDED COMPLAINT** |
| vs. | |
| Kaiser Foundation Health Plan Inc. | |
| | DEMAND FOR JURY TRIAL |
| | ☐ Yes    No X |
| Defendant. | |

**PARTIES**

1. Plaintiff.

Name:        Lia C. Javier

Address:        805 Fieldstone Ct._Brentwood, Ca. 94513 _____

Telephone:        510-701-1771

2. Defendants.

Defendant 1:

- 2 -

| | |
|---|---|
| Name: | Kaiser Foundation Health Plan, Inc. |
| Address: | One Kaiser Plaza, Oakland, CA 94612 |
| Telephone: | (510) 271-5800 |

## JURISDICTION

3. My case belongs in federal court under federal question jurisdiction because it is involves a federal law or right: Section 502(a)(1)(B) of ERISA; 29 U.S.C. § 1132(a)(1)(B).

## VENUE

4.    Venue is appropriate in this Court because a substantial part of the events I am suing about happened in this district.

## INTRADISTRICT ASSIGNMENT

5.    Because this lawsuit arose in Contra Costa County, it should be assigned to the San Francisco/Oakland Division of this Court.

## STATEMENT OF FACTS

6. I worked as an Administrative Specialist III for Kaiser from January 2000 to March 2010 and am a participant in the Kaiser Permanente Retirement Plan.

7. I have a mental disability that causes confusion, overwhelm, depression, anxiety, difficulty with memory, difficulty understanding, difficulty communicating, and difficulty making decisions. I become easily overwhelmed and need significant assistance making decisions. I live with my adult daughter and adult son who help me with everything. I cannot function on my own.

8. I have been on Social Security Disability Insurance since 2013 due to my mental disability. I am very low-income and live on a fixed income. I also receive Cal Fresh benefits (Food Stamps) and Medi-cal (Medicaid).

9.  On approximately October 3, 2017, I received a postcard in the mail regarding my retirement plan.  It stated: "Act by October 5, 2017" and that Kaiser was offering a "limited time

FIRST AMENDED COMPLAINT
PAGE 2 OF 10 *[JDC TEMPLATE – Rev. 05/2017]*

opportunity to receive your pension benefit as early as November 2017." It further stated I should "Review the Election Kit you received in Mid-August to learn about your options and decide whether this opportunity is right for you."

10. I was very confused by the postcard. I had not received an Election Kit in mid-August and knew nothing about the "opportunity." The postcard indicated I should call the "Pension Election Help Desk toll-free at 1-855-235-8684" if I had questions.

11. To be clear: I never received an Election Kit in the mail from Kaiser explaining the ins and outs of the decision presented to me; the only communication I ever received was one postcard which told me I needed to "Act by Oct 5" (in one day), and that this was a "limited time opportunity."

12. On October 4, 2017, I called the toll-free number listed on the postcard because I did not understand why it was sent to me and what I had to do about it.

13. When I called the number on the postcard and spoke with a representative, I explained that I had great difficulty understanding what I was supposed to "Act" on; I had not received the Election Kit and the only information I had was what was written on the postcard, which I had just received the day before. I told the representative that I did not understand what my options were, and the representatives on the phone did not explain my options to me. Instead, they told me how to log into the online election system so that I could review materials and make my election. There was no way, under these circumstances and with my mental disability, that I would be able to understand the decisions presented to me in such a short amount of time

14. I told the representative I did not understand and was disabled. I asked if this was from Kaiser, because Kaiser was who I worked for, and the representative responded "This is Kaiser." I asked to speak with a supervisor multiple times, but I was told it would take one

FIRST AMENDED COMPLAINT
PAGE 3 OF 10 *[JDC TEMPLATE – Rev. 05/2017]*

- 4 -

business day for a supervisor to call me back, which would not be helpful because that would be the deadline to "Act". I was told no extensions would be provided even if I was disabled. I told them this was difficult for me because I am disabled and could not make a decision within a day or a few hours. I was told I could make an election and then cancel the election by October 31st if I changed my mind. The example given to me by the representative was that I could take the lump sum payment option and then revoke by October 31st. I was eventually able to log in online, and I took the lump sum payment option as described by the representative.

15. Prior to October 31st, 2017, my daughter Chelseay and I tried to get more information from the Election Help Desk phone number several times to let them know once again that I was mentally disabled, anxious, I did not know what I was doing, and pleaded with them to give me the right people at Kaiser to talk to because I did not know what to do. They again stated that they could not give me the information I was asking for, that they were just the company that Kaiser Foundation Health Plan hired.

16. I did not understand what my options were or what the consequences of any decision would be. With me being mentally disabled and on SSDI, I didn't understand: would I have to pay taxes and would it affect the total amount because I am low income and most of my income goes to my mortgage, PG&E, water & garbage, etc. Basically, my daughter and I could not get any help in getting the questions answered before the election date had expired.

17. In addition to contacting the Election Help Desk prior to October 31st, 2017, we also called the Kaiser Divisional Offices main line phone number where I had worked for Kaiser as an Administrative Specialist III, but no one had any information that they were willing to give us—they said they could not transfer us to Kaiser Permanente Retirement or give us any information. We also tried to find the Kaiser Permanente Retirement contact information on

FIRST AMENDED COMPLAINT
PAGE 4 OF 10 [JDC TEMPLATE – Rev. 05/2017]

the internet, but no contact information for Kaiser Permanente Retirement showed up. We did not know what to do because this company that Kaiser hired and Kaiser Administrative offices clearly had strict instructions not to give Kaiser Retirement contact information to anyone.

18. Defendants had presented me with a complicated, time sensitive decision which had significant financial consequences; in light of my disability and the fact that I was first notified of this decision two days before it had to be made, I asked for an extension of time to fully understand the decision so I could make it knowingly and voluntarily; defendant offered no meaningful assistance whatsoever in understanding the options that they presented to me.

19. Several days after October 31, 2017, revocation deadline had passed, the Kaiser Permanente Retirement phone number finally appeared on the Kaiser website—my daughter, son, and I had been exhaustively searching the internet for Kaiser Permanente Retirement contact information and phone number for weeks prior to October 31, 2017, but no phone number or other contact information for KP Retirement was there until after the revocation deadline had passed. I believe Kaiser had taken down the contact information for Kaiser Permanente Retirement during the election period and then put the phone number for Kaiser Permanente Retirement back up on the website only after the election revocation period passed.

20. On the day the Kaiser Permanente Retirement phone number was finally put back on the website, my daughter and I called that number and spoke to a supervisor who told us that we should have been given the phone number because I am a disabled citizen and I needed to know all of my options before making such an important decision. We were told by her that I could have asked for a hardship loan taken out of my retirement that may or may not have been approved and there would have been no taxes taken out because I was on SSDI. This was the first time I was given information about my options that I could even begin to

FIRST AMENDED COMPLAINT
PAGE 5 OF 10 *[JDC TEMPLATE – Rev. 05/2017]*

understand. The supervisor told me to try and revoke my lump sum election because not that much time had passed since the revocation deadline, and that she could not promise me anything but I could at least try.

21. I received a check for the lump sum payment sometime in November 2017. I have never cashed the check.

22. My daughter spoke to someone else a few days later from KP Retirement and they stated that my only options were to cash the check, see about disputing the payout, ask my Tax accountant about the taxes on it or if I was denied the dispute that I had with KP Retirement's pay out, I would have to file a lawsuit. They said it was all on me and that it was out of their hands. My tax accountant told me that I was disabled and I should not have to pay taxes on this cash out, but to make sure with KP Retirement. Once again around the 2nd or 3rd week in November 2017, I contacted KP Retirement and they told me I had a booklet from them explaining all that I needed to know, but like me and my daughter explained numerous amounts of time to them, we never received a booklet the only thing that we received was the postcard.

23. Eventually, KP Retirement told me to try to dispute it by filing a claim, because it was too late to do anything else. I also spoke with my tax accountant and she told me not to cash the check and to dispute it as well.

24. I put in the dispute a few days or a week later and within a couple of weeks KP Retirement denied the claim. I reached out to a few lawyers and they were going to charge me too much to retrieve my retirement so I disputed it again (by appealing) a couple of weeks later. A few weeks after that, Kaiser denied my appeal and sent me a letter stating that my only recourse was to file a lawsuit against Kaiser Foundation Health Plan Inc.

FIRST AMENDED COMPLAINT
PAGE _6_ OF _11_ [JDC TEMPLATE – Rev. 05/2017]

- 7 -

# CLAIMS

## First Claim

### Section 502(a)(1)(B) of ERISA; 29 U.S.C. § 1132(a)(1)(B).

### (Against Kaiser Foundation Health Plan Inc.)

25. Plaintiff incorporates each of the preceding paragraphs as if set forth fully below.

26. At all relevant times, Plaintiff was a participant of the Kaiser Permanente Retirement Plan ("the Plan") and Defendant was responsible for the administration and handling of Plaintiff's benefits under the Plan.

27. On October 4, 2017, in response to a postcard mailed by Defendant stating "Act by October 5, 2017," Plaintiff sought assistance and information about what she must "Act" on by calling the phone number listed on the postcard (the Election Help Desk, 1-855-235-8684).

28. Plaintiff informed the Election Help Desk representative that was disabled, confused, had never received the "Election Kit" mentioned in the postcard, and could not make a decision in a few hours or a day given her disability and that she did not receive any information other than the postcard. Plaintiff requested assistance from a supervisor, but she was told she would have to wait one business day to speak with a supervisor, which happened to be the deadline to "Act."

29. Because of the impending deadline and inability to speak with a supervisor before the deadline, the representative suggested Plaintiff could make an election online, which could be canceled before October 31st, 2017. The example given to Plaintiff by the representative was to elect the lump sum payment option. Plaintiff was eventually able to log on and make the lump sum election described by the representative.

30. Plaintiff and her daughter attempted to get more information from the Election Help Desk prior to October 31, 2017, but they never got the information they needed. When they asked

- 8 -

for direct contact information to Kaiser, they were denied. When they tried to find direct contact information for Kaiser Permanente Retirement on the internet, it was not there. It was not until after the election deadline passed that a phone number Kaiser Permanente Retirement appeared through an internet search.

31. When Plaintiff and her daughter finally reached the appropriate supervisor at Kaiser Permanente Retirement, she was told she should have been given their number earlier, and to try to revoke the lump sum election, even though the October 31, 2017, deadline had passed.

32. Plaintiff attempted to revoke the lump sum election and be reinstated in her retirement plan, but she was denied.

33. Plaintiff exhausted her administrative remedies by filing a claim and appeal to the Plan.

34. Defendant's lump sum distribution and subsequent refusal to reinstate Plaintiff into Plan violates the terms of the plan and applicable ERISA regulations, and Defendant's actions are wrongful, arbitrary, and capricious. Defendant's refusal to reinstate Plaintiff into the plan has caused harm, including loss of future retirement income.

## DEMAND FOR RELIEF

35. Plaintiff requests the following relief:

36. For Defendant accept my return of the uncashed lump sum election check, accept my request to cancel the lump sum payment, and reinstate me into my Kaiser Permanente Retirement Plan with all monies that were in the account prior to issuance of the lump sum check

37. For damages according to proof

38. For attorney's fees and costs of suit

39. For equitable relief

40. For any other relief the Court deems just and proper

FIRST AMENDED COMPLAINT
PAGE 8 OF 10 *[JDC TEMPLATE – Rev. 05/2017]*

- 9 -

**DEMAND FOR JURY TRIAL**

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 12/2/20        Sign Name: _____

Print Name:    Lia C. Javier

FIRST AMENDED COMPLAINT
PAGE 9 OF 10 *[JDC TEMPLATE – Rev. 05/2017]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMENDED COMPLAINT

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT
*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** Lia Javier v. Kaiser Foundation Health Plan, Inc.

2. **Case Number:** 3:20-cv-00725-JD_____

3. **What documents were served?** *[Write the full name or title of the document or documents]:* First Amended Complaint

4. **How was the document served?** *[check one]*

    ✓  Placed in U.S. Mail

    Hand-delivered

    Sent for delivery (e.g., FedEx, UPS)

    Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

    Dylan Daniel Rudolph
    Trucker Huss, APC
    1 Embarcadero Center,
    12ᵗʰ Floor
    San Francisco, CA 94111

6. **When were the documents sent?** 12/2/20

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Signature: _Chelsea J_____

    Name: _Chelsea Javier_____

    Address: _805 Fieldstone Ct_____

    _Brentwood, CA 94513_____

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*