UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C JAVIER,<br><br>    Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN INC,<br><br>    Defendant. | Case No. 20-cv-00725-JD<br><br>**ORDER APPOINTING COUNSEL** |

Because the plaintiff has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the below listed attorney is hereby appointed as counsel for Ms. Javier in this matter:

    Dominique N. Thomas

    CBN 231464

    Littler Mendelson P.C.

    333 Bush Street, 34th Floor

    San Francisco, CA 94104

    415-433-1940

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

☒ settlement conference

☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

_____

☐ discovery as follows:

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

**IT IS SO ORDERED.**

Dated: March 1, 2021

_____
JAMES DONATO
United States District Judge