| | |
|---|---|
| 1 | DOMINIQUE N. THOMAS, Bar No. 231464 |
| 2 | dnthomas@littler.com<br>LITTLER MENDELSON, P.C. |
| 3 | Treat Towers<br>1255 Treat Boulevard, Suite 600 |
| 4 | Walnut Creek, CA  94597<br>Telephone:   925.949.2785 |
| 5 | Facsimile:    925.476.1466 |
| 6 | Attorney for Plaintiff<br>LIA C. JAVIER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C. JAVIER,<br><br>                    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN INC,<br><br>                    Defendant. | Case No. 20-cv-00725-JD<br><br>**NOTICE OF APPEARANCE OF DOMINIQUE N. THOMAS** |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

NOTICE OF APPEARANCE
CASE NO. 20-CV-00725-JD

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Dominique N. Thomas (CA Bar No. 231464) of Littler Mendelson P.C., 1255 Treat Boulevard, Suite 600, Walnut Creek, CA 94597, Telephone: 925.949.2785, Facsimile: 925.476.1466, Email: dnthomas@littler.com, hereby enters her appearance as an attorney of record in the above-captioned matter on behalf of Plaintiff Lia C. Javier.

Dated:   March 29, 2021

                                       Respectfully submitted,

                                       /s/ DOMINIQUE N. THOMAS
                                       DOMINIQUE N. THOMAS
                                       LITTLER MENDELSON, P.C.
                                       Attorney for Plaintiff
                                       LIA C. JAVIER

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

2.

NOTICE OF APPEARANCE
CASE NO. 20-CV-00725-JD