1  DOMINIQUE N. THOMAS, Bar No. 231464
   dnthomas@littler.com
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, CA 94597
4  Telephone: 925.949.2785
   Facsimile: 925.476.1466
5
   Attorneys for Plaintiff
6  LIA C. JAVIER

7  CLARISSA A. KANG, No. 210660
   ckang@truckehuss.com
8  DYLAN D. RUDOLPH, No. 278707
   Drudolph@truckerhuss.com
9  TRUCKER HUSS
   A Professional Corporation
10 One Embarcadero Center, 12th Floor
   San Francisco, CA 94111
11 Telephone: 415.788.3111
   Facsimile: 415.421.2017
12
   Attorneys for Defendant
13 KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C. JAVIER,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>    Defendant. | Case No. 20-cv-00725-JD<br><br>**STIPULATION TO REFER CASE TO A SETTLEMENT CONFERENCE**<br><br>[PROPOSED] ORDER |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIP. TO REFER CASE TO SETTLEMENT CONF.
CASE NO. 20-CV-00725-JD

Pursuant to ADR Local Rule 7-2, Plaintiff LIA C. JAVIER and Defendant KAISER FOUNDATION HEALTH PLAN, INC., by and through their undersigned counsel, hereby stipulate to a referral of this matter to a settlement conference. The parties believe this case is appropriate for referral to a settlement conference given its procedural posture and the parties' desire to resolve the matter before additional costs and fees are incurred. Accordingly, the parties seek an order referring the case to a settlement conference before Magistrate Judge Jacqueline Scott Corley, Magistrate Judge Kandis A. Westmore, or Magistrate Judge Laurel Beeler. If those Magistrate Judges are unavailable, the parties stipulate to referral to a randomly-assigned Magistrate Judge.

Dated: April 1, 2021

Respectfully submitted,

*/s/ Dylan D. Rudolph*
DYLAN D. RUDOLPH
TRUCKER HUSS

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

Dated: April 1, 2021

Respectfully submitted,

*/s/ Dominique N. Thomas*
DOMINIQUE N. THOMAS
LITTLER MENDELSON, P.C.

Attorneys for Plaintiff
LIA C. JAVIER

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2021.

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

2.

STIP. TO SCHEDULE A SETTLEMENT CONF. CASE NO. 20-CV-00725-JD