UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C JAVIER,<br><br>   Plaintiff,<br><br>   v.<br><br>KAISER FOUNDATION HEALTH PLAN INC,<br><br>   Defendant. | Case No. 20-cv-00725-JD   (KAW)<br><br>ORDER OF RECUSAL |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for settlement conference. The court recuses itself from this matter.

IT IS SO ORDERED.

Dated: April 8, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge