# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Lia Javier,<br><br>   Plaintiff<br><br> vs.<br><br>Kaiser Foundation Health Plan, Inc.,<br>   Defendant. | Case Number: 3:20-cv-00725-JD<br><br>**ORDER TERMINATING LIMITED SCOPE REPRESENTATION** |

  Pro bono attorney Dominique Thomas of Littler Mendleson P.C. was appointed through the Federal Pro Bono Project to represent Plaintiff in the above-entitled action for limited scope representation at a Settlement Conference. Since this purpose has been fulfilled, the Court now terminates any further responsibilities of pro bono counsel Dominique Thomas of Littler Mendleson, P.C.

  The Court thanks attorney Dominique Thomas for service to the Federal Pro Bono Project and relieves her from the limited scope representation.

**IT IS SO ORDERED.**

DATED: July 15, 2021

_____
Honorable James Donato
United States District Judge