Case 3:20-cv-00725-JD Document 50  Filed 08/26/21  Page 1 of 11

FILED
Aug 26 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

August 24, 2021

Honorable Judge James Donato, I Chelseay Javier am hoping you will read this letter with compassion, understanding and mercy. I am asking that the court will allow my mother, Lia Javier's Ammended Initial Disclosures. I mailed it out to Dylan Rudolph, Kaiser Foundation Health Plan's, legal team the first week in March of 2021. I used the US Mail under the impression that I just had to mail it to the opposing team. Dylan Rudolph claims that he did not receive it, and I am more overwhelmed than ever, as I am fighting for my mom and I am overwhelmed with the responsibility of taking care of her, a full time job, this Pandemic, having a new counsel for the settlement agreement, that did not work out, taking my mom to her doctor's apptments, therapy etc. I am so appreciative of having Fedpro (Abby) and the court's help as we can not afford an attorney, which everything else falls on me. I understand that the court has very strict guidelines, rules, still I feel compelled to write this letter as I want my mom to have a fair hearing. You have been our saving grace, as courts are intimidating

I do not know a lot about Lawsuits, but I see that I am learning quickly. I am only 30 years old, and I have been taking care of my mom for 10 years. It is a struggle at times and it is extremely difficult to think and do for her and myself, but I do it. I appreciate you and I hope that this letter reaches you in good health.

Thank you for your time and consideration.

Chelsey Davis

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. Case Name: Lia C. Javier v. Kaiser Foundation HealthPlan
2. Case Number: 3:20-cv-00725 JD
3. What documents were served? [Write the full name or title of the document or documents] Ammended Initial Disclosures

4. How was the document served? [check one]
   - Placed in U.S. Mail ✓
   - Hand-delivered
   - Sent for delivery (e.g., FedEx, UPS)
   - Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? [Write the full name and contact information for each person you sent the document.]

| | |
|---|---|
| Judge James Donato | 94102 |
| San Francisco Courthouse, | |
| Courtroom 11, 19th Floor | |
| 450 Golden Gate Ave, San Francisco | |

6. When were the documents sent? August 24, 2021

7. Who served the documents? [Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.] Chelseay Javier

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
Signature: Chelseay Javier
Name: Chelseey Javier
Address: 805 Fieldstone Ct.
Brentwood, CA 94513

Your name: Lia Javier
Address: 805 Fieldstone Ct. Brentwood CA, 94513

Phone Number: 510-701-1771
E-mail Address: shecancer777@yahoo.com
Pro se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Division [check one]: X San Francisco  Oakland  San Jose  Eureka

| Lia Javier | ) | Case Number: 3:20-cv-00725-JD |
| | ) | [Name] *Lia C Javier* 's |
| | ) | INITIAL DISCLOSURES [check one] |
| Plaintiff, | ) | • Original |
| | ) | • Supplemental |
| vs. | ) | X Amended |
| Kaiser Foundation Health Plan Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*[See the Instructions for more information about preparing Initial Disclosures.]*

1. **List of Witnesses**

*Fill in the table below with the name, and if you know, the address and telephone number of each person whose testimony or written statements you <u>might</u> use to support your claims or defenses. Briefly write a description of what the person knows. Use additional pages as needed.*

| Name of Person | Person's Address and Telephone Number | Description of what the person knows |
|---|---|---|
| Chelseay Javier | 805 Fieldstone Ct. Brentwood, CA. 94513 925-503-9020 | Witness knows that Lia Javier tried to get more information pertaining to Kaiser Foundation Health Plan Inc. early cash out retirement. More info.. |
| Johna Littlejohn | 2636 McBryde Ave. Richmond, CA. 94804 510-730-8184 | Witness knows that Lia Javier tried to get more information pertaining to Kaiser Foundation Health Plan Inc. mearly cash out retirement. More info.. |
| Noel Javier Jr. | 805 Fieldstone Ct. Brentwood, CA. 94513 925-329-1140 | Witness knows that Lia Javier tried to get more information pertaining to Kaiser Foundation Health Plan Inc. early cash out retirement. More info.. |
| LaRhonda Martin | 202 Starling Way Hercules, CA 94547 510-898-8733 | Witness knows that Lia Javier tried to get more information pertaining to Kaiser Foundation Health Plan Inc. early cash out retirement. More info.. |
| Tandreya Jackson | 1828 Esmond Ave. Richmond CA, 94801 510-730-9645 | Witness knows that Lia Javier tried to get more information pertaining to Kaiser Foundation Health Plan Inc. early cash out retirement. More info.. |

| LaRue Jackson | 1828 Esmond Ave.<br>Richmond CA. 94801<br>510-374-2774 | Witness knows that Lia Javier tried to get more information pertaining to Kaiser Foundation Health Plan Inc. early cash out retirement. More info.. |

2.

## List of Documents and Things

*Fill in the table below with a list of each category of documents, electronically-stored information, or other item you may use to support your claims or defenses. For each category, write in its location, such as "plaintiff" or "Dr. Jones, 1234 Street, City." Use additional pages as needed.*

| Category<br>of Document, Electronically Stored Information, Item, or Tangible Thing | Location<br>of Document, Electronically Stored Information, Item, or Tangible Thing |
|---|---|
| Proof of SSDI (Mental Disability)<br>Financial information | Social Security Administration<br>2615 Crow Ct. Antioch, CA 94509 |
| Medical Records/Psychiatric Ward | Contra Costa Regional Medical Ctr.<br>2500 Alhambra Ave. Martinez, CA 94553 |
| Medical Records/Dr. Silver-Psychiatrist | Pittsburg Medical Center<br>2311 Loveridge Rd. Pittsburg, CA 94565 |
| Medical Records/Dr Longoria | Brentwood Medical Office<br>171 Sand Creek Rd. Brentwood, CA 94513 |
|  |  |
|  |  |
|  |  |

3.

4.  **Plaintiffs/Claimants: Damages Calculation**
*List each kind of harm you experienced. For each, calculate the amount owed and how you came up with that number.*

_I have experienced mental and physical issues such as being in and out of the hospital for my blood pressure being very high, heart palpitations, headaches, not knowing if I was going to wake up the next day. Having to make sure this paperwork is in and fighting with Kaiser Permanente Health Plan Inc, to make sure that are going to compensate me for my whole life span. No one knows when it is my time to die but God, so for them to try to say until a certain age is ridiculous. I want to be compensated for the previous years that I had my Retirement. That added with until I pass away is way more than the amount given in the Early Retirement Cash out Program. It is stated in the paper work that was submitted by Kaiser Foundation Health Plan Inc. would pay out at Retirement age (65) maybe (55) if disabled, is 530.30 a month. I do not know if it would be more than that because Kaiser Foundation Health Plan Inc. has not given me any help or information on my Retirement. Kaiser Health Foundation Inc Lawyers has let me know that Kaiser will not re instate me in the Retirement Program so I would like to get my correct compensation as if I have been still receiving retirement deposits from Kaiser today towards my allotment to live on until I pass away. Kaiser Foundation Health Plan Inc. does not want to pay me anything close to that they just want to send me away with the check that I did not cash in the amount of 29,263.94. I clearly cannot survive/ live off of that which Kaiser clearly does not care. I am mentally disabled and they overlooked me once again, and now I am suffering for it, as well as putting more strain on my children. I would like justice so I can live the rest of my years out on this earth as not being a financial, mentally disabled, sick person, but being able to provide for myself and help the people who are taking care of me._

a)  **Defendants: Liability Insurance**
*If you have liability insurance for any of the claims in the lawsuit, write the name of the insurer and type of policy below.*

I, Lia C. Javier have let everyone on this list know what is going on with my ongoing lawsuit with Kaiser Health Plan Foundation Inc. I let them know how Kaiser "laid me off" during a time when my father was very ill, I purchased my home in a different city and my mother was having issues after her kidney surgery. It was a very stressful time in my life, but my job, Kaiser Health Plan Foundation Inc., did not care. I ended up having lots of medical issues after that for instance, high blood pressure, anxiety, heart palpitations, hearing voices, hallucinations, depression, bipolar disorder, anger issues and vision damage. The list goes on and on. I am now on medications. My friend Johna LittleJohn had wrote a letter and fought as my advocate for me to get on Social Security because she knew I was not able to work and deal with the real world. I finally was approved for SSDI. I was losing my home in 2016/2017, and did not know what to do. This card came in the mail for early retirement cash out. I gave it to my daughter and we thought it was a sign from God. My daughter and I tried to call Kaiser Foundation Health Inc., but no one would give us any help. I made the call explaining that I was mentally disabled and I didn't know what I was doing, but all I could get was "we are just the company Kaiser hired to do this we can't give you any more information." My daughter and I searched on the internet but Kaiser Foundation Retirement never came up, we never knew where to look as we had called my old job at Kaiser, they did not know anything as well. It was very odd that when the KFH's cash out program was over Kaiser's Retirement came up and me (Chelseay) my daughter finally got in touch with someone, but by that time it was too late. I never received the information in the mail during that month, but Kaiser sent it out after the cash out program ended. Chelseay and I explained everything to Kaiser and they told us we would have to submit a claim to be reinstated into my Retirement, but it was denied twice, so they told me to take it to court and now this is where I am. I have told LaRhonda Martin, LaRue Jackson, Tandreya Jackson, Chelseay Javier, Noel Javier Jr and Johna Littlejohn about was has been going on before and during this ongoing lawsuit that I have with Kaiser Foundation Health Plan Inc. Thank you.   *[signature]*   03/01/21

Date: 03/01/21 Signature: *[signature]*
Printed name: <u>Lia C. Javier</u>
Pro Se

Chelsey Javier c/o Lia Javier
805 Fieldstone Ct.
Brentwood, Ca 94513

Honorable Judge James Donato
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Ave, San Francisco, Ca 94102

RECEIVED
AUG 26 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

INSPECTED BY U.S. MARSHALS SERVICE
AUG 26 2021

CERTIFIED MAIL
7021 1970 0000 5758 0653

U.S. POSTAGE PAID
FCM LG ENV
BRENTWOOD, CA
94513
AUG 24, 21
AMOUNT
$5.00
R2303S103626-14