Clarissa A. Kang, No. 210660
Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:  (415) 788-3111
Facsimile:  (415) 421-2017
E-mail:  ckang@truckerhuss.com
             drudolph@truckerhuss.com

Attorneys for Defendant
KAISER FOUNDATION HEALTH
PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LIA C. JAVIER,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE RETIREMENT,<br><br>    Defendant. | Case No. 3:20-cv-00725-JD<br><br>**[PROPOSED] ORDER GRANTING KAISER FOUNDATION HEALTH PLAN, INC.'S MOTION FOR JUDGMENT** |

# [PROPOSED] ORDER

The Motion for Judgment ("Motion") filed by Defendant Kaiser Foundation Health Plan, Inc. ("KFHP"), seeking an order of judgment in its favor pursuant to Federal Rule of Civil Procedure 52 on the sole claim for relief asserted by Plaintiff Lia Javier ("Plaintiff") in her First Amended Complaint ("FAC"; Dkt. 29) under section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1132(a)(1)(B), came on regularly for hearing before the Honorable James Donato.

Having considered the papers filed in support of KFHP's Motion, oral argument presented by counsel at the hearing, and the other papers on file in this action, the Court grants KFHP's Motion and orders that judgment be granted in favor of KFHP and against Plaintiff on Plaintiff's single claim for relief.

IT IS SO ORDERED.

DATED: _____

_____
Hon. James Donato
United States District Judge

# CERTIFICATE OF SERVICE

I, Michelle Ayala, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California. My business address is One Embarcadero Center, 12th Floor, San Francisco, California 94111. On the date indicated below, I served the within:

**[PROPOSED] ORDER GRANTING KAISER FOUNDATION HEALTH PLAN'S MOTION FOR JUDGMENT**

to the addressee(s) and in the manner indicated below:

Lia C. Javier
805 Fieldstone Court
Brentwood, CA 94513
Telephone: (510) 701-1771
Email: shecancer777@yahoo.com

☒ **BY ELECTRONIC MAIL**: Pursuant to the Plaintiff's and KFHP's agreement to electronic service, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by electronic mail to the person[s] at the email address[es] indicated.

I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate of Service was executed by me on September 10, 2021, at Grass Valley, California.

/s/ *Michelle Ayala*
Michelle Ayala