Your name: Lia Javier
Address: 805 Fieldstone Ct.
Brentwood, Ca 94513
Phone Number: 510-701-1771
E-mail Address: shecander777@yahoo.com
Pro se



FILED

SEP 09 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Division *[check one]*: San Francisco  Oakland  San Jose  Eureka

|  |  |
|---|---|
| Plaintiff, Lia Javier<br>vs.<br><br><br><br>Defendant. Kaiser Foundation<br>Health Plan Inc | Case Number: ___ 3:20-cv-00725-JD<br><br>**MEMORANDUM IN OPPOSITION TO<br>MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: 9/06/21<br>TIME: 10:17 pm<br>JUDGE:<br>Hon. James Donato |

*Insert this page as needed to continue the fact or argument section, or to write an introduction.*

I, Lisa Javier would like to present the facts as I know that happened, I want to show the court (Judge Donato) that Kaiser knowing denied my rights as Mentally disabled Citizen. This court case would not be in existence if they would have given me the help that I needed to make an informed decision, or if they showed negligence they could have rectified it by reinstating me in my retirement plan. Through Kaiser Foundation Health Plan Inc.

Thank you

Sign
09/07/21

*clear where the facts supporting your case are different from the version of the facts stated by the opposing side.]*

1) Kaiser Foundation Health plan is claiming I did not state mentally disabled.

2) They deny that they owed me any more information as an ex Kaiser Employee- let alone - a mentally disabled person.

3) They only want to pay me the 29,263.94 which 10,000 was taken out as well as taxes paid; if I would cash it, I cannot survive on that.

4) They are saying that 29,263.94 should last me my retirement years.

(Answers)

1) I did state from the very first conversation that I was mentally disabled and that I needed help.

2) I should have received every informative document/help that would help me make the best decision for my retirement years.

3) The amount that would be accumulated would be over $300,000 & more if I live to be 100 years old

4) 580+ a month after 55 (age for disabled) would come out to more than 39,263.94 - (adding the 10,000 they took from this lump sum.

**IV. OBJECTIONS TO EVIDENCE**

**I.**                                   **FACTUAL BACKGROUND**

*[Write the facts relevant to the Motion, and state where in the Declarations evidence*
*supporting each fact can be found. See the Instructions for more detailed information.]*

1) Kaiser Foundation Health Plan, did not help me with
information for retiring - disabled persons.
I would have had to take an early retirement
payout. I had more options.

2) Once Kaiser knew that I was disabled they
refused to re-instate me in to the retirement
Plan. They denied me 2 times and told
me to take it to court.

3) I tried multiple times to contact
the Retirement center, but no one
gave me any information.

4) If I was given the correct information
I would have used those other options.

**II.**                                   **LEGAL STANDARD**

The party moving for summary judgment has the burden of establishing the absence of a genuine dispute of material fact on the issue to be decided. *Celotex Corp. v. Catrett,* 477 U.S. 317, 323 (1986). To avoid summary judgment, the party opposing must identify the specific, material facts that are genuinely disputed. *Makaeff v. Trump Univ., LLC,* 736 F.3d 1180, 1189 (9th Cir. 2013). The court must view the evidence in the light most favorable to the party opposing the motion and draw all reasonable inferences in that party's favor. *Clicks Billiards Inc. v. Sixshooters Inc.,* 251 F.3d 1252, 1257 (9th Cir. 2001). "Where conflicting inferences may be drawn from the facts, the case must go to the jury." *Pyramid Technologies, Inc. v. Hartford Cas. Ins. Co.,* 752 F.3d 807, 818 (9th Cir. 2014) (citation and quotation marks omitted). The motion will granted only if the undisputed evidence and inferences show that the moving party is entitled to judgment as a matter of law. Fed. R. Civ. Proc. 56(a).

**III.**                                   **ARGUMENT**

*[Explain your response to each of the arguments in the Motion. Go in the same order as the*
*arguments were made in the Motion, and use the same numbers to identify them. Make*



*[If you have legal objections to the evidence submitted with the Motion, see the Instructions and state those objections here. If you do not have objections, leave this page out.]*

| | **Evidence** *[Identify the declaration, as well as the paragraph number, page and line number, and/or exhibit number to which you are objecting]* | **Objection** *[Check box; list any other legal objection]* |
|---|---|---|
| 1 | | • Lack of personal knowledge<br>• Hearsay<br>• Improper opinion<br>• *[List objection]* |
| 2 | | • Lack of personal knowledge<br>• Hearsay<br>• Improper opinion<br>• *[List objection]* |
| 3 | | • Lack of personal knowledge<br>• Hearsay<br>• Improper opinion<br>• *[List objection]* |
| 4 | | • Lack of personal knowledge<br>• Hearsay<br>• Improper opinion<br>• *[List objection]* |
| 5 | | • Lack of personal knowledge<br>• Hearsay<br>• Improper opinion<br>• *[List objection]* |
| 6 | | • Lack of personal knowledge<br>• Hearsay<br>• Improper opinion<br>• *[List objection]* |

| 7 | | • Lack of personal knowledge<br>• Hearsay<br>• Improper opinion<br>• *[List objection]* |
| 8 | | • Lack of personal knowledge<br>• Hearsay<br>• Improper opinion<br>• *[List objection]* |

## CONCLUSION

For the reasons above, I respectfully request that the Court deny the motion for summary judgment.

Respectfully submitted,

| Date: | 09/07/21 | Sign Name: | |
| | | Print Name: | Lea Jaures |

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \**

1. **Case Name:** Lia Javier _____ v. Kaiser Foundation Health Plan Inc
2. **Case Number:** 3:20-cv-00725-JD
3. **What documents were served?** *[Write the full name or title of the document or documents]* Memorandum opposition to Motion for Summary Judgment

4. **How was the document served?** *[check one]*
   - *Placed in U.S. Mail*
   - *Hand-delivered*
   - *Sent for delivery (e.g., FedEx, UPS)* ✓ certified Mail (USPS)
   - *Sent by fax (if the other party has agreed to accept service by fax)*

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

| | |
|---|---|
| Hon. Judge James Donato | Dylon Rudolph / Clarris 4iking |
| Clerks office, 16th Floor | 1 Embacadero Center 12th Floor |
| 450 Golden Gate Ave, SF, Ca | San Francisco, Ca 94111 |
| 94102 | |

6. **When were the documents sent?** 9/07/21

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]* Chelseay Javier

   *I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

   Signature: Chelseay Javier
   Name: Chelseay Javier
   Address: 805 Fieldstone Ct
   Brentwood, Ca 94513