(Pg1)

Your name: Tandreya Jackson
Address: 1828 Esmond Ave Richmond, Ca 94801

Phone Number: 510-730-96455
E-mail Address: taneyie0729@aol.com
Pro se

FILED
SEP 09 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Division [check one]: ☒San Francisco  Oakland  San Jose  Eureka

| | |
|---|---|
| Plaintiff, Lia Javier<br><br>vs.<br><br><br><br><br>Defendant.<br>Keiser Foundation<br>HealthPlan Inc, | Case Number: 3:20-cv-00725-JD<br>DECLARATION OF [name of person signing]<br>Tandreya Jackson<br><br>IN OPPOSITION TO SUMMARY JUDGMENT<br>DATE: 09/2/21<br>TIME: 5:45 pm<br>JUDGE:<br>Hon. James Donato |



*[In the first paragraph, explain who you are. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are involved how you are connected to the party or events in this case.]*

1. I am _____ Tandreya Jackson
2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

I am one of her older sisters. I am involved with this case as I have helped her daughter Chelsay with some of the issues and finances she has had with her mother. I also have taken her to some of her doctor's appointments/mental healthcare.

*[Write each fact in a separate, numbered paragraph. You may only write about facts or occurrences that you have personal knowledge, such as events you personally saw happen. Explain how you know each fact. If you have documents that you want to submit, see the Instructions. Add pages as needed.]*

I, Tandrey Jackson spoke with my sister ~~Lia Javen and my niece Chelsey Jayes about the concerns with her job Kaiser Permanente, her being laid off, her being admitted to the psych ward, her social security~~ benefits and her being in and out of the hospitals. Chelsey had told me about Lia's talks and her talks with Kaiser's hired company that explained the Retirement pay out, but she or Chelsey didn't understand so they had 1 or 2 days to except before it ended. The company Kaiser hired would not explain and would not give further information to them. They never cashed the check and tried to call before the 30 days was up, but they found no help. After the 30 days was up (like, a few days later) they saw Kaiser Permanente Retirement pop up on Google. Chelsey called, they would not let ~~the~~ Chelsey speak, so she had her mom call back and she talked to the supervisor and asked the specific questions Chelsey had her right down, and she was told, she could have asked for a loan off of her retirement, without taxes or pay out which is way less than her retirement. She was told to immediately ask for re-instatement but was denied 2 times. They told her to take it to court, she did, ~~they~~ Kaiser Permanente (Health Plan Inc.) never gave her ~~our~~ information where to send it. Kaiser is trying to throw it out. They say they can't give it back but it's a fact

give her today less than what her retirement benefits will be when she's able to start receiving her benefits. This is unfair. She needs help so she won't be struggling more than what she already has been. Thank you.

Jindiya F. Jackson  09/02/21
510-730-9645

① When she (Lilia) spoke to the Kaiser Retirement Supervisor, I was taking care of her that day and listening and helping her guide through the conversation,