Your name: Chelseay Javier
Address: 855 Fieldstone Ct.

Phone Number: 925-503-8700
E-mail Address: retna.j1990@gmail.com
Pro se



FILED
SEP 09 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
Division [check one]: ✓San Francisco  Oakland  San Jose  Eureka

| | |
|---|---|
| Lia Javier<br><br>Plaintiff,<br><br>vs.<br><br>Kaiser Foundation Healthplan Inc<br><br><br><br><br><br>Defendant.<br><br>Kaiser Foundation Health Plan. Inc. | Case Number: 3:20-cv-00725-JD<br>**DECLARATION OF** [name of person signing]<br>Chelseay Javier<br><br>**IN OPPOSITION TO SUMMARY JUDGMENT**<br>DATE: 09-09-21<br>TIME: 10:55 pm<br>JUDGE:<br>Hon. James Donato |



|  | ) |  |
|  | ) |  |

*[In the first paragraph, explain who you are. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are involved how you are connected to the party or events in this case.]*

1. I am _____ Chelseay Javin
2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

I am Lia Javin's Daughter. I have been the one taking care of all of her bills, herself, the house, her life, everything. I watch her have a mental breakdown, in and out of the hospitals/mental wards.

[Write each fact in a separate, numbered paragraph. You may only write about facts or occurrences that you have personal knowledge, such as events you personally saw happen. Explain how you know each fact. If you have documents that you want to submit, see the Instructions. Add pages as needed.]

I Chelsey Javen am writing to the court to let them know what happened during this time of her early retirement Buyout with Kaiser Foundation Health Plan Inc.

1) I watched my mother have a mental breakdown, taking her to the hospital and to the psychiatric ward where she stayed a few days there.

2) Helped Johna Little John get her paperwork together for SDI.

3) Helped my mother looked the card for Retirement Pay (early) Out.

4) Spoke with Reps, from Kaiser Foundation Health Plan after my mom told them I could speak for her. The company stated to me they could not help us because they were just a company hired by Kaiser Retirement.

5) Spoke with a representative finally from Kaiser. After expire offer. They told me I would have to call and ask for a supervisor.

6) Was on the phone with another representative that told me how to file for a review so my mom could see if it could be reversed.

7) I Did the paperwork, made sure my mom did not cash the check, consulted a few lawyers. Sent the reviews in 2 times, denied 2 times. My mom was told to take it to court.

8) Kaiser has not budged. Wanted to have the case dismissed because I sent it to the address that was on the correspondence

(Pg 4)

9) Has made sure I speak for my mother. I am doing everything I can to make sure she has a retirement to live on. Thank you,

Chebeay Javier 9/00/21
510-701-1771 / 925-503-8700