Your name: Johna LittleJohn
Address: 2636 McBryde Ave, Richmond, Ca 94804

Phone Number: 510-730-8184
E-mail Address: johnalittlejohn@gmail.com
Pro se

**FILED**
SEP 09 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
Division [check one]: San Francisco  Oakland  San Jose  Eureka

| | |
|---|---|
| Plaintiff, Lia Javier<br><br>vs.<br><br><br><br><br><br><br>Defendant. Kaiser Foundation Health Plan Inc | Case Number: 3:20-cv-00725-JD<br>DECLARATION OF [name of person signing]<br>Johna LittleJon<br><br>IN OPPOSITION TO SUMMARY JUDGMENT<br>DATE: 9/4/21<br>TIME: 2:15 pm<br>JUDGE:<br>Hon. James Donato |



[In the first paragraph, explain who you are. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are involved how you are connected to the party or events in this case.]

1. I am ___Johna LittleJohn___
2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

I am one of her best friends since Highschool. I helped Lia (Javin) get her SSDI because Kaiser Foundation HealthPlan Inc. laid her off of work in March of 2010. She had a mental breakdown due to the series of events. Kaiser took her only means of support. She had just purchased a home, her father was very ill and she had just been diagnosed with High Blood pressure/anxiety. This was too much for her. She was diagnosed from her doctor with mental illness/Bipolar/schizophrenia. I spoke with Chelsey Javin while they had the card that was sent to her address from Kaiser for an early payout. She didn't understand it so I suggested that she call the phone number on the card. They gave her the run around and I told her to call Kaiser Permanente. She said they wouldn't give her the number or help because she was not her mother, and they were just a company Kaiser hired. She told her mom to call back and let them know that she was mentally disabled and she needed help. They still didn't help. She only

had 2 days to decide, I told her she had to think, they told her she could change her mind. She accepted the offer. Her and her daughter still not understanding everything it entailed. Chelsey found out later that her mom could have ask for a personal loan against her retirement because she was mentally disabled, when she finally spoke with someone in the retirement department. Fast forward to today she had to take Kaiser to court, because her mom was mentally disabled and they would not reinstate her in her retirement. Kaiser has caused my friend Lia Javier to lose a lot, she shouldn't have to lose her retirement benefits as well. Thank you.

John R Littlejohn
Sept 4, 2021

1) Was helping her the day she called about the plan. She showed me the card, I spoke with Chelsey and we went from there.

*[Write each fact in a separate, numbered paragraph. You may only write about facts or occurrences that you have personal knowledge, such as events you personally saw happen. Explain how you know each fact. If you have documents that you want to submit, see the Instructions. Add pages as needed.]*

"On other Pages"