| | |
|---|---|
| Your Name: | Lia C. Javier |
| Address: | 805 Fieldstone Ct. Brentwood, CA 94513 |
| Phone Number: | 510-701-1771 |
| Fax Number: | N/A |
| E-mail Address: | shecancer777@yahoo.com |

Pro Se Plaintiff

FILED
OCT 04 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Lia Javier )  Case Number: 3:20-cv-00725-JD
)
Plaintiff(s), )  **REQUEST TO WITHDRAW DOCKET #52**
)
vs. )
)
Kaiser Foundation Health Plan Inc. )  **Judge:** Hon. DONATO
)
Defendant(s). )

On September 7, 2021, I mistakenly mailed a draft of a template memorandum in opposition to motion for summary judgment to the Court and Defendant. *See* Docket #52. This was mailed prior to Defendant filing any dispositive motion, as Defendant's Motion for Judgment was not filed until September 10, 2021. I mistakenly thought I had to file an opposition

1

by September 10, 2021, when that date was actually the date dispositive motions (not oppositions) were due. Because this draft opposition was filed before the Motion for Judgment (Docket #51) was filed, it could not be responsive to the arguments Defendant made in their Motion. For this reason, I am requesting that Docket #52 be withdrawn. On September 20, I filed an Administrative Motion to Change Deadline for Filing my Opposition to Defendant's Motion for Judgment, which is still pending. *See* Docket #54 (filed 9/20/21, but not entered until 9/28/21).

I would have submitted this request to withdraw my mistakenly submitted draft opposition (Docket #52) draft earlier, but it was not entered on the docket until 9/24/21: although my mail tracking number indicated my September 7, 2021, mailing arrived at the Court on September 9, 2021, it did not get entered on the Docket until September 24, 2021, after I contacted the Clerk's Office to find out why it had not been entered on the docket. I didn't know how to request withdrawal of something not yet on the Docket, or I would have submitted this earlier.

In sum, I respectfully request that Docket #52 be withdrawn, and that I be permitted to file an Opposition to Defendants Motion for Judgment by October 22, 2021, as requested in my Administrative Motion to Change Filing Deadline pending before the Court (Docket #54).

Respectfully submitted,

Date: 09/30/21    Sign Name: [signature]
Print Name: Lia C. Javier

2

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\*

1. Case Name: __Lia Javier__ v. __Kaiser Foundation Health Plan Inc.__
2. Case Number: __3:20-cv-00725-JD__
3. What documents were served? [Write the full name or title of the document or documents] __Request to Withdraw Docket #52__

4. How was the document served? [check one]
   - Placed in U.S. Mail
   - Hand-delivered
   - Sent for delivery (e.g., FedEx, UPS) ✓
   - Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? [Write the full name and contact information for each person you sent the document.]

| | |
|---|---|
| Clerks office 16th floor<br>450 Golden Gate Ave, San Francisco, CA 94102 | Dylan Rudolph<br>1 Embarcadero Center, 12th Floor<br>San Francisco, CA 94111 |

6. When were the documents sent? __9/30/21__

7. Who served the documents? [Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.] __Chelseay Javier__

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: __Chelseay Javier__
Name: __Chelseay Javier__
Address: __805 Fieldstone Ct.__
__Brentwood, Ca 94513__



Lia Javier
805 Fieldstone Ct.
Brentwood, CA 94513

CERTIFIED MAIL
7021 0350 0000 1391 8754

U.S. POSTAGE PAID
FCM LETTER
BRENTWOOD, CA
94513
OCT 01, '21
AMOUNT
$4.33
R2305K131512-09

Clerk's office (16th floor)
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED
OCT 04 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

