| | |
|---|---|
| Your Name: | Lia C. Javier |
| Address: | 805 Fieldstone Ct. Brentwood, CA 94513 |
| Phone Number: | 510-701-1771 |
| Fax Number: | N/A |
| E-mail Address: | shecancer777@yahoo.com |

Pro Se Plaintiff

**FILED**
**OCT 25 2021**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Lia Javier,

　　　　Plaintiff,

vs.

Kaiser Foundation Health Plan

　　　　Defendant.

Case Number: 3:20-cv-00725-JD

**DECLARATION OF CHELSEAY JAVIER IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT**

DATE & TIME: Hearing Vacated [Docket. 57]

JUDGE: Hon. _James Donato

*[In the first paragraph, explain who you are. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are involved how you are connected to the party or events in this case.]*

　　1. I am Plaintiff Lia Javier's daughter.

　　2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

DECLARATION OF *[name]* Chelseay Javier_____

CASE NO.: __3:20-cv-00725-JD _____; PAGE /__ OF 3

3. I live with my mentally disabled mother, Lia Javier. I live with her because she needs help with nearly everything. She is unable to understand, make decisions, or complete tasks on her own due to her mental disability.

4. I work outside the home during the daytime.

5. Prior to October 31, 2017, I tried to call the Pension Election Help Desk several times while I was at work, because the hours they were open were during my work hours. I was not permitted to speak with anyone there because I was not my mother.

6. Prior to October 31, 2017, my mother and I also tried calling other Kaiser numbers, including the Kaiser Divisional Offices main line phone number where my mother had worked, but no one had any information that they were willing to give us—they said they could not transfer to Kaiser Permanente Retirement or provide any information.

7. Prior to October 31, 2017, I tried to find additional Kaiser Permanente Retirement contact information on the internet, but no contact information for Kaiser Permanente Retirement showed up. I did not know what else to do because this company that Kaiser hired and Kaiser Administrative offices seemed to have strict instructions not to give Kaiser Retirement contact information to anyone.

8. Several days after October 31, 2017, Kaiser Permanente Retirement phone number finally appeared on the Kaiser website. My mother, brother and I had been exhaustively searching the internet for Kaiser Permanente Retirement contact information and phone number for weeks prior to October 31, 2017, but no phone number or other contact information for KP Retirement was there until after October 31, 2017. On the day the Kaiser Permanente Retirement phone number was finally put back on the website, my mother and I called and spoke to a supervisor who told us that we should have been given the KP Retirement phone number because my mother is a disabled citizen and needed to know all of the options before making such an important decision. Additional options—including asking for a hardship loan from my mom's retirement—were explained. The supervisor said to try and revoke my lump sum election because not that much time had passed since the revocation deadline, and that she could not promise me anything but I could at least try.

DECLARATION OF [name] Chelseay Javier_____
CASE NO.: __3:20-cv-00725-JD _____; PAGE 2 OF 3

9. During this lawsuit, sometime in 2020, I told Kaiser that the format in which they sent audio files of phone calls was not accessible and requested they provide the files in a format I could access. They never provided the files in a format I could access.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 10/21/21           Sign Name: *Chelseay Javier* (signature)

                         Print Name: Chelseay Javier

DECLARATION OF *[name]* Chelseay Javier
CASE NO.: 3:20-cv-00725-JD                    ; PAGE 3 OF 3