**Anna M. Roth, RN, MS, MPH**
Health Services Director

**Samir B. Shah, M.D., F.A.C.S**
Chief Executive Officer
Contra Costa Regional Medical,
Health Centers and Detention Health


CONTRA COSTA
HEALTH SERVICES

**BEHAVIORAL HEALTH SERVICES**
**EAST COUNTY ADULT MENTAL HEALTH**

2311 LOVERIDGE ROAD, 2ND FLOOR
PITTSBURG CA 94565

October 15, 2021

MRN: 220953624

Preferred Name: **Lia C Javier**
Legal Name: **Lia C Javier**
Date of Birth: **7/17/1970**

To whom it may concern:

Lia C Javier is under my care for treatment of psychiatric disorder. Due to this illness, she is medically unable to be present in the courtroom. Her disability is permanent so this medical excuse should be as well.   Please allow her to use the telephone to attend hearings.

Sincerely,


Electronically signed on: 10/15/21 by: Deborah Silver, MD


"Electronically signed by: Deborah Silver, MD on 10/15/21"