**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. **Case Name:** Lia Javier v. Kaiser Foundation Health Inc

2. **Case Number:** 3:20-CV-00725-JD

3. **What documents were served?** *[Write the full name or title of the document or documents]* ① Opposition to Defendant's Motion for Judgement, ② Declaration of Chelseay Javier in opposition to Defendant's Motion for Judgement. ③ copy of Psychiatrist letter.

4. **How was the document served?** *[check one]*

    ☐ Placed in U.S. Mail

    ☐ Hand-delivered

    ☑ Sent for delivery (e.g., FedEx, UPS)

    ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

    Clerk's office 16th Floor          Dylan Rudolph / Clarissa A. King
    450 Golden Gate Ave, San Francisco  1 Embarcadero Center, 12th Floor
    CA. 94102                           San Francisco, CA 94111

6. **When were the documents sent?** 10/21/21

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Signature: Chelseay Javier
    Name: Chelseay Javier
    Address: 805 Fieldstone Ct.
    Brentwood, Ca 94513

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*