Clarissa A. Kang, No. 210660
Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:  (415) 788-3111
Facsimile:  (415) 421-2017
E-mail:  ckang@truckerhuss.com
         drudolph@truckerhuss.com

Attorneys for KAISER FOUNDATION
HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LIA C. JAVIER,<br><br>        Plaintiff,<br><br>   vs.<br><br>KAISER PERMANENTE RETIREMENT,<br><br>        Defendant. | Case No. 3:20-cv-00725-JD<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES BY NINETY (90) DAYS TO ALLOW TIME FOR THE COURT TO RULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[N.D. Local Rule 6-1(b), 6-2(a)]**<br><br>Judge:  Hon. James Donato |

**STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES**

Pursuant to Civil Local Rule 6-1(b) and 6-2(a), Plaintiff Lia Javier ("Plaintiff") and Defendant Kaiser Foundation Health Plan, Inc. ("KFHP") (Plaintiff and KFHP are collectively referred to as the "Parties") stipulate and respectfully request that the Court continue the Pretrial Conference and Trial dates in this lawsuit by ninety (90) days to allow time for the Court to rule on the KHFP's Motion for Summary Judgment (Dkt. 51) as follows:

WHEREAS, the Court issued a Scheduling Order in this lawsuit on April 27, 2021, which set, among other dates, a Pretrial Conference on January 27, 2022 and a Trial date on February 14, 2022 (Dkt. 43);

WHEREAS, KFHP filed its Motion for Summary Judgment ("Motion") on September 10, 2021 (Dkt. 51);

WHEREAS, KFHP filed its Opposition to KFHP's Motion on October 25, 2021 (Dkt. 58);

WHEREAS, KFHP filed its Reply to Plaintiff's Opposition on November 5, 2021 (Dkt. 59);

WHEREAS, the Parties have conferred and agree that good cause exists to continue the Pretrial Conference and Trial dates in this lawsuit by ninety (90) days to allow time for the Court to rule on KFHP's Motion because it will promote judicial economy to obtain a ruling on KFHP's Motion before the Parties begin to prepare pretrial and trial submissions, to the extent the Court's ruling limits the operative claims at issue in this lawsuit;

WHEREAS, the Parties' have previously requested and/or obtained the following time modifications in this lawsuit: (i) extension of KFHP's deadline to file its Reply to Plaintiff's Opposition to KFHP's Motion to Dismiss (Dkt. 17), (ii) extension of Plaintiff's deadline to file her First Amended Complaint ("FAC") (Dkt. 28), and (iii) extension of KFHP's deadline to respond to Plaintiff's FAC (Dkt. 31);

WHEREAS, this Stipulation will impact the schedule in this lawsuit by continuing the previously set Pretrial Conference and Trial dates;

THEREFORE, the Parties stipulate and respectfully request that – to allow time for the Court to rule on KFHP's Motion – the Court continue the Pretrial Conference and Trial dates in this lawsuit by ninety (90) days to April 28, 2022 and May 16, 2022, respectively, or to dates thereafter

-2-

that are convenient for the Court, and that all pretrial and trial submission deadlines will run from the newly set Pretrial Conference and Trial dates.

Dated: December 27, 2021                LIA C. JAVIER

By: /s/ *Lia C. Javier*
LIA C. JAVIER
Plaintiff (*Pro se*)

Dated: December 27, 2021                TRUCKER ✦ HUSS, APC

By: /s/ *Dylan D. Rudolph*
Clarissa A. Kang
Dylan D. Rudolph
Attorneys for KAISER FOUNDATION HEALTH PLAN, INC.

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Lia C. Javier.

Dated: December 27, 2021                TRUCKER ✦ HUSS, APC

By: /s/ *Dylan D. Rudolph*
Clarissa A. Kang
Dylan D. Rudolph
Attorneys for KAISER FOUNDAITON HEALTH PLAN, INC.

**[PROPOSED] ORDER**

Based on the Parties' Stipulation to Continue the Pretrial Conference and Trial dates, and for good cause shown, the Court sets the following deadlines:

1. The Court continues the Pretrial Conference and Trial dates in this lawsuit by ninety (90) days to April 28, 2022 and May 16, 2022, respectively, or to dates thereafter that are convenient for the Court. All pretrial and trial submission deadlines will run from the newly set Pretrial Conference and Trial dates.

IT IS SO ORDERED.

DATED: _____

                                  Hon. James Donato
                                  United States District Court Judge

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

# **CERTIFICATE OF SERVICE**

I, Scheryl Warr, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California. My business address is One Embarcadero Center, 12th Floor, San Francisco, California 94111. On the date indicated below, I served the within:

**STIPULATION TO CONTINUE THE PRETRIAL CONFERENCE AND TRIAL DATES**

to the addressee(s) and in the manner indicated below:

Lia C. Javier
805 Fieldstone Court
Brentwood, CA 94513
Telephone: (510) 701-1771
Email: shecancer777@yahoo.com

☒ **BY ELECTRONIC MAIL**: Pursuant to the Plaintiff's and KFHP's agreement to electronic service, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by electronic mail to the person[s] at the email address[es] indicated.

I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate of Service was executed by me on December 27, 2021, at San Francisco, California.

/s/ *Scheryl Warr*
Scheryl Warr