UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C JAVIER,<br><br>        Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>        Defendant. | Case No.  20-cv-00725-JD<br><br>**ORDER RE STIPULATION**<br><br>Re: Dkt. No. 60 |

The request to continue the pretrial and trial dates, Dkt. No. 60, is denied.  The pretrial conference set for January 27, 2022, will be held at 1:30 p.m. in Courtroom 11.

**IT IS SO ORDERED.**

Dated:  January 3, 2022

JAMES DONATO
United States District Judge