UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C JAVIER,<br><br>  Plaintiff,<br><br>  v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>  Defendant. | Case No. 20-cv-00725-JD<br><br>**ORDER** |

In light of plaintiff's doctor's letter, Dkt. No. 58-2, all pretrial and trial dates are vacated. The case is stayed pending further order.

**IT IS SO ORDERED.**

Dated: January 10, 2022

JAMES DONATO
United States District Judge