Case # 3:20-CV-00725-JD
(pg 3)

**FILED**
JAN 13 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1 Your name: Lia Javier
2 Address: 805 Fieldstone Ct. Brentwood,
3 Ca 94513
4 Phone Number: 510-701-1771
5 E-mail Address: Shecancer777@yahoo.com
6 Pro se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Lia Javier
                                        )  Case Number: 3:20-CV-00725-JD
                                        )  Plaintiff's request to appear at Jan 27, 2022
                                        )  **NAME OF DOCUMENT** Conference by phone only and
                                        )  that Daisy or Chelsey Javier can
            Plaintiff,                  )  speak for her.
                                        )  JUDGE: Hon. James Donato
        vs.                             )
Kaiser Foundation Health Plan           )
Inc.                                    )
                                        )
                                        )
                                        )
            Defendant.                  )

[Document title] Plaintiff's request to appear at Jan 27, 2022 conference by phone only and that Deeper Chelsey Javier to speak for her.
PAGE 1 OF 3 [JDC TEMPLATE]

1  I, Lia Javier cannot appear in court because of my
2  Mental Disability. I will have to appear by phone only. I cannot
3  handle the stress, anxiety of people, places. I also have
4  a compromised immune system can not be around people even
5  with masks on due to covid-19. I will also need for
6  my daughter Chelseay Javier to speak for me
7  via telephone, as she has been my voice for many
8  years. My doctor has written a letter to let
9  the court/Judge Donato. know that I cannot appear in person
10 for the Jan. 27, 2022 hearing or any other hearings
11 going forward. Hon. Judge James Donato, I hope
12 you can excuse me from appearing in person. I also
13 need a LCJ Pro-bono attorney if this case goes to
14 court as I or my daughter cannot go any further
15 without help, we have no idea what to do legally.

              Thank you
              Lia C
              Lia C Javier
              01/10/22

[Document title] Plaintiffs request to appear at Jan 27, 2022 Conference by phone only and that Chelseay Javier to speak for her.
PAGE 2 OF 3 [JDC TEMPLATE]

1
2
3
4    N/A
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24                              Respectfully submitted,
25
26   Date: 01/10/22        Sign Name: _____
27                         Print Name: Lia Javier
28

[Document title] Plaintiff's request to appear at Jan 27, 2022 conference by phone only and (that Daughter
PAGE 3 OF 3 [JDC TEMPLATE] Chelsey Javier is to speak for her.

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\*

1. Case Name: Lia Javier v. Kaiser Foundation Health Plan Inc.
2. Case Number: 3:20-cv-00725-JD
3. What documents were served? [Write the full name or title of the document or documents] Plantiff's request to appear at Jan 27, 2022 conference by phone and that Plantiff's Daughter Chelseay Javier can speak for her.
4. How was the document served? [check one]
   - Placed in U.S. Mail
   - Hand-delivered
   - ✓ Sent for delivery (e.g., FedEx, UPS)
   - Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? [Write the full name and contact information for each person you sent the document.]

| | |
|---|---|
| Clerk's office (Attn: William Noble) 16th Floor, 450 Golden Gate Ave, San Francisco, CA 94102 | Dylan Rudolph/Clarissa A. King 1 Embarcadero Center, 12th Floor San Francisco, Ca 94111 |

6. When were the documents sent? 01/11/22

7. Who served the documents? [Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.] Chelseay Javier

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
Signature: Chelseay Javier
Name: Chelseay Javier
Address: 805 Fieldstone Cl.
Brentwood, Ca 94513

| | | |
|---|---|---|
| **Anna M. Roth, RN, MS, MPH**<br>Health Services Director<br><br>**Samir B. Shah, M.D., F.A.C.S**<br>Chief Executive Officer<br>Contra Costa Regional Medical,<br>Health Centers and Detention Health | <br>CONTRA COSTA<br>HEALTH SERVICES | **BEHAVIORAL HEALTH SERVICES**<br>**EAST COUNTY ADULT MENTAL**<br>**HEALTH**<br><br>2311 LOVERIDGE ROAD, 2ND FLOOR<br>PITTSBURG CA 94565 |

October 15, 2021                                             MRN: 220953624

Preferred Name:   **Lia C Javier**
Legal Name:       **Lia C Javier**
Date of Birth:    **7/17/1970**

To whom it may concern:

Lia C Javier is under my care for treatment of psychiatric disorder. Due to this illness, she is medically unable to be present in the courtroom. Her disability is permanent so this medical excuse should be as well.   Please allow her to use the telephone to attend hearings.

Sincerely,


Electronically signed on: 10/15/21 by: Deborah Silver, MD


"Electronically signed by: Deborah Silver, MD on 10/15/21"