UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C JAVIER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>　　　　　　Defendant. | Case No. 20-cv-00725-JD<br><br>**ORDER RE STATUS CONFERENCE** |

The Court stayed the case for plaintiff's health issue. Dkt. No. 62. A status conference is set for February 2, 2023, at 10:00 a.m. in San Francisco, Courtroom 11, 19th Floor. The parties are directed to file a joint status report by January 26, 2023.

**IT IS SO ORDERED.**

Dated: January 6, 2023

JAMES DONATO
United States District Judge