# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 2, 2023                                         Judge: Hon. James Donato

Time: 4 Minutes

Case No.     **3:20-cv-00725-JD**
Case Name    **Javier v. Kaiser Foundation Health Plan Inc**

Attorney(s) for Plaintiff(s):      No Appearance
Attorney(s) for Defendant(s):   Dylan Rudolph

Court Reporter: Ana Dub

Deputy Clerk: Lisa Clark

### PROCEEDINGS

Status Conference -- Not Held.

### NOTES AND ORDERS

Pro se plaintiff did not appear. The Court will issue an order to show cause. The case remains stayed pending further order.