UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C JAVIER,<br><br>        Plaintiff,<br><br>   v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>        Defendant. | Case No. 20-cv-00725-JD<br><br>**ORDER TO SHOW CAUSE** |

This case was stayed in January 2022 after the Court received a letter from a treating physician of pro se plaintiff Lia Javier to the effect that she was not readily capable of handling this litigation. *See* Dkt. No. 62. The Court was advised that Javier's daughter was trying to help her with the case, but she is not an attorney and cannot represent Javier. *See* Civil Local Rule 3-9.

The Court held a status conference on February 2, 2023, to discuss the situation. Javier did not appear. Dkt. No. 67. The Court is sympathetic to Javier's situation, but the case was filed in 2020 and has languished for the most part since then. Consequently, Javier is ordered to show cause in writing by **February 24, 2023**, why this case should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b). A failure to meet this deadline will result in dismissal under Rule 41(b). Counsel for defendants is directed to promptly advise Javier and her daughter of this order by email or other means.

**IT IS SO ORDERED.**

Dated: February 6, 2023

JAMES DONATO
United States District Judge