Case # 3:20-cv-00725-JD
Lia Javier / KFHP (Pg 2)

Your name: Lia C. Javier
Address: 805 Fieldstone Ct
Brentwood, Ca 94513
Phone Number: 510-701-1771
E-mail Address: Slecancer777@yahoo.com
Pro se

FILED
FEB - 6 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☑ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Lia C. Javier

Plaintiff,

vs.

Kaiser Foundation Health Plan Inc.

Defendant.

Case Number: 3:20-cv-00725-JD

**NAME OF DOCUMENT**

JUDGE: Hon. James Donato

this a well for proof that the first signature was on Jan 30, and signatured letter from Doctor on Feb 2, 2023. My does everything for me which is putting so much on her as is a lot for her to keep up with my dates, times, letters/correspondances/doctor's appts/bills/mortgage/house/taking care of me, etc. I don't know what else I can do besides to keep saying I can't speak for myself, so my daughter has to via telephone as transporting health/Quarantine any other issues concerning States to do so. Please help me as We are legally disabled and have no other recourse but my daughter to do this all for me. I am asking the courts/Judge Honorable James Donato to please accept my sincerest apologies with this Documentation of Explaination of No Show/No appearance from my Doctor asking that I not speak for myself and that my daughter can speak on my behalf via telephone.

Thank you
Lia
02/3/23

Judge Honorable James Donato, Please accept my apologies for a (no-show.) (No appearance). My daughter Chelseay Javier is doing everything, Recently with very little help from Fedpro. My Psychatrist Dr. Silver's information concerning my mental disabilities had already been submitted in prior documents with the court and defendant's counsel. I Can not appear in court as I am mentally unstable with anxiety disorder/ High Blood pressure, and also a compromised immune system, which I am at high risk with contracting Covid-19/exposure. In the recent Joint Statements that was submitted, I had requested that my daughter Chelseay Speak for me via telephone, but I had no response from anyone meaning courts/ Fedpro or defendants counsel. I had Contacted my Psychatrist DR. Silver and was awaiting a new letter so I could Submit it to the courts and defendant's counsel, but there was no signature as I had to Keep awaiting for that and it was given to me on Feb 2, 2023. I have sent

Respectfully submitted,

Date: 02/03/23 Sign Name: [signature]

Print Name: Lia C. Javier

Case # 3:20-CV-00725-JD
Lia Javi/KFHP
Pg 5

East County Behavioral Health
2311 Loveridge Road, 2nd Floor
PITTSBURG CA 94565

Javier, Lia C
MRN: [redacted], DOB: 7/17/1970, Sex: F

## Patient
## HIM ROI Auth Scan

**Release Authorization**

| | | | |
|---|---|---|---|
| Type: | No Authorization Required | | |
| Effective Date: | | Expiration Date: | |
| Received By: | Jessica LylesSavone | Received Date: | 2/2/2023 4:07 PM |

Scan on 2/2/2023 4:07 PM by Jessica LylesSavone: SIGNED Letter to Court; RID: 46933703 (below)___

**Anna M. Roth, RN, MS, MPH**
Health Services Director

**Samir B. Shah, M.D., F.A.C.S**
Chief Executive Officer
Contra Costa Regional Medical,
Health Centers and Detention Health

CONTRA COSTA
HEALTH SERVICES

**BEHAVIORAL HEALTH SERVICES**
**EAST COUNTY ADULT MENTAL HEALTH**

2311 LOVERIDGE ROAD, 2ND FLOOR
PITTSBURG CA 94565

January 30, 2023

Patient: **Lia C Javier**
Date of Birth: **7/17/1970**
Date of Visit: **1/27/2023**
MRN: [redacted]

To whom it may concern,

Lia C Javier has been under my care for four years. This patient suffers from a severe psychiatric illness that presents with paranoia, auditory hallucinations and agitation. I have no doubt that these symptoms would be exacerbated in a court hearing. As such, it is my professional opinion that Ms. Javier is not able to represent herself in a courtroom in a clear and constructive way.

Ms.Javiar is requesting that her daughter act on her behalf and I am supportive of her decision. Another option suitable for this patient is to conduct the hearing by telephone. The patient requests her daughter be present if the remote option is available. If you have any questions, please contact me at the above phone number.

Sincerely,

[signature]
Physician's Signature

Deborah Silver, MD
01/30/23

**Patient (continued)**

# END OF REPORT

Docket #. Case #: 3:20-cv-00725-JD
Lia Javier / KPHP
(Pg 6)

**Anna M. Roth, RN, MS, MPH**
Health Services Director

**Samir B. Shah, M.D., F.A.C.S**
Chief Executive Officer
Contra Costa Regional Medical,
Health Centers and Detention Health




**BEHAVIORAL HEALTH SERVICES EAST COUNTY ADULT MENTAL HEALTH**

2311 LOVERIDGE ROAD, 2ND FLOOR
PITTSBURG CA 94565

January 30, 2023

Patient: **Lia C Javier**
Date of Birth: **7/17/1970**
Date of Visit: **1/27/2023**
MRN: [redacted]

To whom it may concern,

Lia C Javier has been under my care for four years. This patient suffers from a severe psychiatric illness that presents with paranoia, auditory hallucinations and agitation. I have no doubt that these symptoms would be exacerbated in a court hearing. As such, it is my professional opinion that Ms. Javier is not able to represent herself in a courtroom in a clear and constructive way.

Ms.Javiar is requesting that her daughter act on her behalf and I am supportive of her decision. Another option suitable for this patient is to conduct the hearing by telephone. The patient requests her daughter be present if the remote option is available. If you have any questions, please contact me at the above phone number.

Sincerely,

No Signature

________________________________
Physician's Signature

Deborah Silver, MD
01/30/23

*This letter was initially viewed by Lia C Javier at 1/30/2023 12:56 PM.*


MyChart® licensed from Epic Systems Corporation © 1999 - 2023