UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C JAVIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>　　　　　Defendant. | Case No.  20-cv-00725-JD<br><br>**ORDER RE DISMISSAL** |

　　　This case was stayed in January 2022 after pro se plaintiff Lia Javier filed a letter from her physician which indicated that Javier was not capable of handling this litigation.  Dkt. No. 62.  On February 6, 2023, Javier filed another letter from her physician to the same effect, and asked that her daughter be allowed to speak on her behalf.  Dkt. No. 69.  The Court is sympathetic to Javier's situation, but her daughter is not an attorney and cannot represent Javier.  *See* Civil Local Rule 3-9.

　　　Because this case has languished since it was filed in 2020, Javier was ordered to show cause in writing by February 24, 2023, why the case should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b).  Dkt. No. 68.  The letter Javier filed on February 6, 2023, did not respond to the Court's concerns.  *See* Dkt. No. 69.  Consequently, the case is dismissed without prejudice under Rule 41(b) and will be closed.

　　　**IT IS SO ORDERED.**

Dated:  March 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge