**FILED**

Apr 20 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1 | Your name: Lia C. Javier
2 | Address: 805 Fieldstore Ct,
3 | Brentwood, CA 94513
4 | Phone Number: 510-701-1771
5 | E-mail Address: shecancer7777@yahoo.com
6 | Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Lia C. Javier )
) Case Number: 3:20-cv-00725-JD
)
) **DECLARATION OF** [name of person signing]
) Lia C. Javier
Plaintiff, )
vs. ) **IN SUPPORT OF MOTION** [motion title]
Kaiser Foundation Health ) For relief from a judgement
Plan Inc ) or order
)
) DATE: July 6, 2023
)
) TIME: 10:00 am
)
Defendant. ) JUDGE:
) Hon. James Donato

*[In the first paragraph, explain who you are. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are connected to the party or events in this case.]*

1. I am Lia C. Javier

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

DECLARATION OF [name] Lia C. Javier / For relief from a judgment or order
CASE NO.: 3:20-cv-00725-JD ; PAGE 1 OF 3 [JDC TEMPLATE - rev. 2017]

*[Write each fact in a separate, numbered paragraph, starting with 3. You may only write about facts that you know personally, such as events you witnessed. Explain how you know each fact. If you want to include documents, see the Instructions. Make copies of this page if you need more space.]*

I am the plaintiff Lia C Javier in this action, however, I did not understand that my daughter Chelseay Javier could not speak on my behalf, even with my psychiatrist recommendation/letter.

I am not a lawyer nor do I know federal law. I was not told that my daughter could not speak for me. Just that she was not a lawyer. Not knowing that if I didn't speak for myself the case could be closed or dismissed.

I am hoping to have this motion for relief from a judgement or order. (FRCP 60 b 1)
I will be able to speak for myself going forward.

DECLARATION OF [name] Lia C. Javier / ~~For relief from a judgement or order~~

CASE NO.: 3:20-CV-00725- JD ; PAGE 2 OF 3   *[JDC TEMPLATE - rev. 2017]*

1. ___._____
2. _____
3. _____
4. _____
5. ___._____
6. _____
7. _____
8. _____
9. ___._____
10. _____
11. _____
12. _____
13.
14.     I declare under penalty of perjury under the laws of the United States that the foregoing is true
15. and correct.
16.
17. Date: 04/18/23   Sign Name: Lia C.J
18.     Print Name: Lia C. Javier
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

DECLARATION OF [name] Lia C. Javier / ~~for self from a judgment~~ order
CASE NO.: 3:20-CV-00725-JD ; PAGE 3 OF 3 [JDC TEMPLATE - rev. 2017]