Case # 3:20-cv-00725-JD

1 Your name: Lia C Javier
2 Address: 805 Fieldstone Ct
3 Brentwood, CA 94513
4 Phone Number: 510-701-1771
5 E-mail Address: Shecancer777@yahoo.com
6 Pro se

FILED
Apr 20, 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Lia C Javier )
)  Case Number: 3:20-CV-00725-JD
)
)  **ADMINISTRATIVE MOTION AND**
)  **[PROPOSED] ORDER TO RESCHEDULE**
Plaintiff, )  **HEARING ON** [motion to be heard]
)
vs. )  September 14, 2023
)
Kaiser Foundation Health Plan )
Inc. )
)
)
)
)
)
) Judge: Hon. James Donato
Defendant. )

1. The hearing on the [title of motion] For relief from a Judgement or Order
is currently scheduled for [date] July 6, 2023
2. I respectfully request that the Court move the hearing to the following date, or another at the Court's convenience, [date, same day of the week as the currently scheduled hearing] _____

MOTION TO RESCHEDULE HEARING ON September 14, 2023
CASE NO. 3:20-CV-00725-JD ; PAGE 1 OF 3 [JDC TEMPLATE Rev.2017]

3. I have *[check box that applies]*:

   ☒ not already asked the Court to change this hearing date.

   ☐ already asked the Court to change this hearing date.

4. This change is necessary because *[explain; inconvenience is NOT a valid reason]*:

I am having surgery this month 04/2023 and I will need time to recuperate, as well as getting my immunity back to somewhat normal levels. (I have low immunity)

5. I believe changing this deadline *[check one]*:

   ☒ will not affect any other deadlines.

   ☐ may affect these other deadlines and dates *[list anything else that may need to be rescheduled]*:

6. The opposing side *[check box that applies and explain]*:

   ☐ has agreed to this change.

   ☒ has not agreed. I tried to obtain the opposing party's agreement to this change, but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:

I have not contacted opposing party as I am hoping Judge Donato will grant my relief from a judgement or order.

MOTION TO RESCHEDULE HEARING ON September 14, 2023
CASE NO. 3:20-CV-00725-JD       ; PAGE 2 OF 3 *[JDC TEMPLATE Rev.2017]*

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: 04/18/23          Signature: _____

Printed name: Lia C. Javien

Pro Se

[Do not write below this line]

Good cause appearing, the motion is GRANTED. The hearing is rescheduled to *[date]* _____ at *[time]* _____.

IT IS SO ORDERED.

Date: _____          [Judge's signature] _____

[Judge's name] _____
United States District/Magistrate Judge

MOTION TO RESCHEDULE HEARING ON September 14, 2023
CASE NO. 3:20-CV-00725-JD                  ; PAGE 3 OF 3 [*JDC TEMPLATE Rev.2017*]