1  Your name: Lia Javier

2  Address: 805 Fieldstone Ct.

3  Brentwood, CA 94513

4  Phone Number: 510-701-1771

5  E-mail Address: Shecancer777@yahoo.com

6  Pro se

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  Division *[check one]:* ☑ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

11

12  Lia Javier                     ) Case Number: 3:20-CV-00725-JD
                                    )
13  _____          ) **REPLY BRIEF IN SUPPORT OF MOTION**
                                    )
14                                  ) *[type of motion]*
          Plaintiff,               )
15                                  ) Plaintiff's Reply to Defendant's
        vs.                         )
16  Kaiser Foundation              ) Opposition to Plaintiff's Motion for Relief
                                    ) from a Judgement or order.
17  Health Plan Inc                ) DATE: July 6, 2023
                                    )
18  _____          ) TIME: 10:00 am
                                    )
19  _____          ) COURTROOM: 11
                                    )
20          Defendant.             ) JUDGE:
                                    )
21  _____          ) Hon. James Donato

22

23

24

25

26

27

28

REPLY BRIEF
CASE NO.: 3:20-CV-00725-JD          ; PAGE 1 OF 4   *[JDC TEMPLATE – rev. 2017]*

F I L E D

MAY 2 2 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

**ARGUMENT**

2  *Explain your response to each of the Opposition arguments. Go in the same order as the Opposition, if possible. Do not just repeat arguments made in the Motion.*

3

4  A. I Lia C. Javien have explained that

5  I am mentally disabled, low emmunity and

6  low income. With Covid-19 still on the rise

7  I would be putting myself and my family

8  at risk, I asked if I could speak on a

9  conference call but I never saw or

10  understood answer from the court.

11  B. My first mistake of the law will

12  be more than one. As I don't know the

13  to extint of the lawyers or the the Judge. I

14  am getting as much help through my

15  daughter from Deborah from Fed.Pro, which

16  is very limited as I cannot afford legal

17  counsel. I have to work with what I have, and

18  my daughter is my only help, besides Fedpro.

19  I have no other recourse so I am

20  asking for mercy from the court for another

21  chance to speak as best as I can.

22  V. Conclusion:

23  I have to speak for myself no matter

24  what the consequence. I don't have any

25  money as I have never cashed the check,

26  so how can I pay for a lawyer. I get SSDI

27  and Foodstamps, so I have to have my

28  daughter to file everything even though she

1  has a full time job and takes care of
2  me with no time for herself. We are
3  doing the best we can with what we
4  have. So I am asking Judge Donato
5  not to deny my request and grant my
6  request for relief from the order and judgement
7  order because it has been a long hard
8  journey for me and my daughter concerning
9  Kaiser Foundation Health Plan Inc's coldness
10 is not allowing me to retract my cash
11 out due to my mental disability. The
12 unfairness in all of the runarounds me
13 and my daughter had to go through concerning
14 this lawsuit. I had to actually have my
15 daughter send email copies to Mr Dylan
16 Rudolph because he returned this request
17 for relief from the order and judgement
18 (return to sender). Too many games for
19 me, this is my life.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

*The Reply should not be longer than 10 pages of writing. You must sign and date.*

23

24

Respectfully submitted,

25

26  Date: May 20, 2023    Sign Name: _Li C_

27    Print Name: _Lia C Javier_

28

REPLY BRIEF
CASE NO.: 3:20-CV-00725-JD    : PAGE 4 OF 4  *[JDC TEMPLATE – rev. 2017]*

Justice Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT
*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** Lia Javier v. Kaiser Foundation Health Plan Inc

2. **Case Number:** 3:20-CV-00725-JD

3. **What documents were served?** *[Write the full name or title of the document or documents]* Reply brief in support of Motion

4. **How was the document served?** *[check one]*

   ☒ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Judge James Donato        Clarissa A. Kang / Dylan
   450 Golden Gate Ave.      Rudolph
   Clerks office             135 Main Street, 9th Floor
   San Francisco, CA. 94102  San Francisco, CA 94105

6. **When were the documents sent?** May 20, 2023

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature:

   Name: Lia C Javier

   Address: 805 Fieldstone Ct.
            Brentwood, CA 94513

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*

805 Freedstone Ct.
Brentwood, CA 94513



CERTIFIED

7022 3330 0002

RECEIVED

MAY 2 2 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Off
Uni
450
San




RDC 99

94102

U.S. POSTAGE PAID
FCM LG ENV
BRENTWOOD, CA
94513
MAY 20, 23
AMOUNT

$5.65

R2303S104116-14

301 7830

of the Clerk
d States District Court
Golden Gate Avenue 16th Floor
ncisco, CA 94102