1. Your name: Lia C. Javier
2. Address: 805 Fieldstone CT.
3. Brentwood, CA 94513
4. Phone Number: 510-701-1771
5. E-mail Address: rainbowme777@gmail.com
6. Pro se

**FILED**
MAR 25, 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Lia C. Javier

Plaintiff,

vs.

Kaiser Foundation Health Plan Inc.

Defendant.

Case Number: 3:20-cv-00725-JD

NAME OF DOCUMENT

JUDGE: Hon. James Donato

↳ Plaintiff's Notice of Motion and Motion to Reopen Case Due to New Information.

[Document title] Plaintiff's Notice of Motion and Motion to Reopen Case Due to New Information.
PAGE 1 OF 3 [JDC TEMPLATE]

1. I Lia C. Javier am asking Honorable
2. Judge James Donato to accept plaintiff's
3. Notice of Motion and Motion to Reopen Case
4. Due to New Information. I have put in
5. 7 months of intense therapy / approval / session
6. from My Psychiatrist Dr. Silver. so I
7. can speak for myself at my court
8. hearing. I Did not understand that I
9. was requested to speak for myself / by myself
10. because my Daughter Chelsea Javier
11. is not a lawyer. I kept trying to
12. get approval from Judge Donato
13. to speak by phone or conference call /
14. Zoom, but I was never given an
15. answer by the Judge so I didn't
16. understand. He wanted Me to come to
17. court in San Francisco. It was Covid-19
18. still and I have a low immunity so
19. I was asking to do it via Zoom or
20. conference as well. Kaiser Foundation
21. Health Plan still has the uncashed / voided
22. check that was given to me as an
23. early cash out. I cannot afford a
24. Lawyer and I cannot let Kaiser keep
25. my money. I am asking for Justice and
26. a chance to speak for myself. Attached
27. is a letter from my Psychiatrist. I am
28. hoping Judge Donato that you will

[Document title] Plaintiff's Notice of Motion and Motion to Reopen
PAGE 2 OF 3 [JDC TEMPLATE] Case Due to New Information

1. reconsider my request for Plaintiffs
2. Notice of Motion and Motion to Reopen Case. Due to
3. New Information. I or my daughter can
4. not afford to start this process over
5. as she is the only one besides Fed Pro,
6. which has been so helpful, helping me
7. in this tedious process. I am asking
8. and Praying that Judge Donato would Please
9. understand and help me. Thank you.

Respectfully submitted,

Date: 03/22/24    Sign Name: [signature]
Print Name: Lia C Javier

[Document title] Plaintiff's Notice of Motion and Motion to Reopen Case Due to New Information.
PAGE 3 OF 3 [JDC TEMPLATE]

Case 3:20-cv-00725-JD
Lia C. Javier
(Pg 1)

**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

### CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. Case Name: Lia Javier v. Kaiser Foundation Health Plan Inc
2. Case Number: 3:20-cv-00725-JD
3. What documents were served? *[Write the full name or title of the document or documents]*
   2) Plaintiff's Notice of Motion and Motion to Reopen Case Due to New Information

4. How was the document served? *[check one]*
   - ☒ Placed in U.S. Mail ✓
   - ☐ Hand-delivered
   - ☐ Sent for delivery (e.g., FedEx, UPS)
   - ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*
   Honorable Judge James Donato - 450 Golden Gate Ave. (16th Floor Room 16-1111) Clerk's office, San Francisco, CA 94102
   Dylan Rudolph / Clarisse A. King - 135 Main St. 9th Floor, San Francisco, CA 94105

6. When were the documents sent? 03/22/24

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: Chelsea Javier
   Name: Chelseay Javier
   Address: 805 Fieldstone Ct.
   Brentwood, CA 94513

CERTIFICATE OF SERVICE *[JDC TEMPLATE Rev. 05/2017]*