1  Your name: Lia C Javier
2  Address: 105 Fieldstone Ct.
3  Brentwood, Ca 94513
4  Phone Number: 510-701-1771
5  E-mail Address: shecancer7777@yahoo.com
6  Pro se

FILED
MAR 25 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Lia C Javier

         Plaintiff,

    vs.

Kaiser Foundation Health Plan Inc

         Defendant.

Case Number: 3:20-CV-00725-JD

DECLARATION OF [name of person signing]
Lia Javier

IN SUPPORT OF MOTION [motion title]
For Plaintiff's Notice of Motion and Motion to Reopen Case Due to New Information.

DATE: May 16, 2024
TIME: 10:00 am
JUDGE:
Hon. James Donato

[In the first paragraph, explain who you are. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are connected to the party or events in this case.]

1. I am Lia C. Javier

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

DECLARATION OF [name] Lia C Javier
CASE NO.: 3:20-CV-00725-JD  ; PAGE 1 OF 3  [JDC TEMPLATE - rev. 2017]

[Write each fact in a separate, numbered paragraph, starting with 3. You may only write about facts that you know personally, such as events you witnessed. Explain how you know each fact. If you want to include documents, see the Instructions. Make copies of this page if you need more space.]

3. I am the plaintiff in this action, however I did not understand that my daughter could not speak on my behalf, even with my Psychiatrist recommendation letter. I am not a lawyer, nor do I know federal law. I was not told that my daughter couldn't speak for me. I was just told she was not a lawyer, but I didn't understand that if I didn't speak for myself, my case would be closed.

4. I am hoping to have this motion for relief from a judgement or order under (FRCP 60b1)

5. I will be able to speak for myself going forward if given the chance as I have my Doctor's (psychiatrist) letter stating that I am able to take the stand in court and speak for myself. I have done the work for 7 months. I am on the correct dosage of medication and I have 1 or 2 sessions a month with my doctor.

DECLARATION OF [name] Lia C Javier
CASE NO.: 3:20-CV-00725-JD  ; PAGE 2 OF 3  [JDC TEMPLATE - rev. 2017]

Case # 3:20-cv-00725-JD Lia C Javier Pg 4

I have not cashed the Check and I have not given up on fighting for reinstatement in the Kaiser Foundation Health Plan Inc retirement or equivalanty to an offer of Monetary Value. I can not leave with out compensation. I have nothing from working the total of 11 years with Kaiser Permanante. I want a Chance to speak for myself in court. Please Judge Donato.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 03/22/24 Sign Name: [signature]

Print Name: Lia C Javier



## Letter Details

**Anna M. Roth, RN, MS, MPH**
Health Services Director

**Semir B. Sheh, M.D., F.A.C.S**
Chief Executive Officer
Contra Costa Regional Medical,
Health Centers and Detention Health



**EAST COUNTY ADULT BEHAVIORAL HEALTH SERVICES**

2311 LOVERIDGE ROAD, 2ND FLOOR
PITTSBURG CA 94565-5117

February 13, 2024

Patient:  Lia C Javier
Date of Birth: 7/17/1970
Date of Visit: 2/13/2024
MRN:

To Whom it May Concern,

Lia Javier is under my care for treatment of a psychiatric disorder. I am writing this letter to confirm that patient has been attending her appointments and taking her medications as prescribed. She is able to speak on her own behalf.

Deborah Silver, MD

Electronically signed on 02/13/24

*This letter was initially viewed by Lia C Javier at 2/22/2024 12:27 PM.*

FAQs   Contact Us (844) 622-5465
MyChart® licensed from Epic Systems Corporation © 1999 - 2024

Kaiser Foundation Health Plan
P.O. Box 24989
Jacksonville, FL 32241-4989

CALL THE KAISER PERMANENTE RETIREMENT CENTER AT
1-866-627-2826 TO MAKE CHANGES TO YOUR ADDRESS,
DIRECT DEPOSIT, OR TAX WITHHOLDING ELECTIONS,
OR UPDATE THE INFORMATION ONLINE AT
WWW.IBENEFITCENTER.COM/KP.
YOUR TAX WITHHOLDING ELECTION WILL REMAIN IN
EFFECT UNTIL YOU CHANGE IT, WHICH YOU MAY DO
AT ANY TIME. YOU MAY ELECT TO NOT APPLY FEDERAL
TAX WITHHOLDING TO YOUR QUALIFIED PENSION PAYMENT;
HOWEVER, IF YOU DO SO, YOU MAY INCUR IRS PENALTIES
UNDER THE ESTIMATED TAX RULES.

LIA JAVIER
805 FIELDSTONE COURT
BRENTWOOD CA 94513

**ACCOUNT ID**  1KAISER -  -KP650A    **PLAN NAME**  KAISER PERMANENTE RETIREMENT PLAN

### PAYEE INFORMATION

| PAYMENT DATE | CHECK NO. | PAYEE SOC SEC NO. | PAYEE |
|---|---|---|---|
| Nov 10, 2017 | 006749867 | ********* | LIA JAVIER |

### PAYMENT INFORMATION / TAX REPORTING INFORMATION

| PAYMENT INFORMATION | | TAX REPORTING INFORMATION | |
|---|---|---|---|
| GROSS PAYMENT AMOUNT | 37,517.88 | TAX YEAR | 2017 |
| FEDERAL TAX WITHHELD | 7,503.58 | EMPLOYER ID NO. | 04-3581074 |
| STATE TAX WITHHELD - CA | 750.36 | DISTRIBUTION AMOUNT | 37,517.88 |
| NRA TAX WITHHELD - | | FEDERAL TAXABLE AMOUNT | 37,517.88 |
| OTHER DEDUCTIONS | | STATE TAXABLE AMOUNT | 37,517.88 |
| NET PAYMENT AMOUNT | 29,263.94 | TAXES WITHHELD | 8,253.94 |
| | | AFTER TAX EE CONTRIBUTIONS | |
| | | CAPITAL GAINS | |
| | | ORDINARY INCOME | 37,517.88 |
| | | NET APPRECIATION | |
| | | IRS DISTRIBUTION CODE | 1 |
| | | TYPE OF DISTRIBUTION | RETIREMENT |

MESSAGE: (PARTICIPANT)

THIS STUB IS THE TAX REPORT PERTAINING TO THE ATTACHED DISTRIBUTION. RETAIN THIS PORTION FOR YOUR INCOME TAX RECORDS. THIS INFORMATION IS BEING REPORTED TO THE INTERNAL REVENUE SERVICE.

---

DATE  Nov 10, 2017    PLAN NAME  KAISER PERMANENTE RETIREMENT PLAN        CHECK NO.  006749867

5-2/110

VOID

PAY  Twenty nine thousand two hundred sixty three and 94/100 Dollars

TO THE ORDER OF  LIA JAVIER
805 FIELDSTONE COURT
BRENTWOOD CA 94513

AMOUNT
$29,263.94
NOT VALID AFTER 180 DAYS
1KAISER -  -KP650A



**KAISER PERMANENTE**
KAISER FOUNDATION HEALTH PLAN, INC.
ONE KAISER PLAZA • OAKLAND, CA 94612

Payable at:  State Street Bank & Trust
Boston, MA 02101

Susanne McQuilla

THIS CHECK IS PAYABLE ONLY UPON PERSONAL ENDORSEMENT BY THE PAYEE.

ENDORSE ABOVE LINE

6158459

J0310-6WS (2/00)

**SPECIAL TAX RULES**

The Internal Revenue Code provides several complex rules relating to the taxation of amounts you receive in this distribution. Please refer to the tax notice that has been provided to you. Should you have any questions regarding the tax consequences of this distribution, please consult your tax advisor.

6158459