UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LIA C. JAVIER, | Case No. 24-cv-03327-LJC |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| KAISER FOUNDATION HEALTH PLAN INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable James Donato for consideration of whether the case is related to 3:20-cv-00725-JD, *Javier v. Kaiser Foundation Health Plan Inc.*

**IT IS SO ORDERED.**

Dated: June 5, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge