United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LIA C. JAVIER,** | Case No.: 24-CV-03327-YGR |
| Plaintiff, | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| vs. | |
| **KAISER FOUNDATION HEALTH PLAN INC.,** | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable James Donato to consider whether it is related to *Javier v. Kaiser Foundation Health Plan, Inc.*, 20-cv-0725. In particular, the undersigned makes reference to plaintiff's position on page 3 of Docket No. 17 regarding the prior case.

**IT IS SO ORDERED.**

Date:  November 6, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**